UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-01219-RLY-DLP |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF CHRISTINA FRANCIS, M.D., IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1.      I have been asked by the Defendants in this matter to offer my professional opinion regarding the medical benefits of Indiana Code section 16-34-2-4.7 (the "Reporting Requirement"). I have reviewed the Reporting Requirement, the Plaintiff's Complaint, motion for preliminary injunction, memorandum in support of preliminary injunction, and attached exhibits.  The opinions I express herein are based upon my medical education, training, and over 9 years of clinical experience, as well as my familiarity with the medical literature.  These opinions are my own and do not represent those of the institutions with which I am affiliated.

**Background and Experience**

2.      I received my M.D. degree from Indiana University in 2005.  I completed my residency training in obstetrics-gynecology at St. Vincent Hospital in Indianapolis, Indiana in 2009.

3.      Since 2012, I have been a board-certified obstetrician-gynecologist.

4.      I am currently a practicing obstetrician-gynecologist in Fort Wayne, Indiana.

5.      I am familiar with the medical literature regarding the potential complications of abortion because of my significant interest in the impact of abortion on women and society and my extensive review of the pertinent literature.

6.      For a complete listing of my professional background, experience, responsibilities, and publications, please see my Curriculum Vitae, which is attached to this Declaration as Exhibit A.

**Statement of Opinions and the Basis and Reasons for Them**

7.      Because the federal government and many states do not mandate the reporting of abortion complications, there is inadequate data on the frequency and severity of abortion complications. While there are some studies on the complications that may result from abortion, there is no comprehensive data on the frequency with which these complications occur.  *See* Byron C. Calhoun, *The Myth that Abortion is Safer than Childbirth: Through the Looking Glass*, 30 Issues L. & Med. 209 (2015), attached as Exhibit B.  Studies show that "a comparison of abortion mortality and maternal mortality is complicated by methodological problems," including incomplete reporting, definitional incompatibilities, voluntary data collection, reliance on estimations, inaccurate/incomplete death certificates, and incompatibility with maternal mortality statistics.  *Id.*

8.      Due to the fact that women often are not treated for abortion complications by the same doctor that performed the abortion, abortion complications

are notoriously difficult to track. Moreover, the lack of a mandatory reporting requirement means that the abortion complications that are reported are statistically biased because some doctors may not choose to report complications at all or may only report the most serious complications. Many abortion complications are not reported as such because patients are often presenting to their local Emergency Department. By requiring reporting, the new statute will encourage physicians and other health care providers to be specific in how abortion complications are coded in their documentation.

9.     For this reason, it is impossible to compare the safety of abortion against the safety of childbirth without more data. Therefore, Planned Parenthood's statement in paragraph 41 of its complaint that "abortions have been repeatedly recognized as safe with minimal adverse side effects" is unsupported. ECF No. 1, Compl. ¶ 41.

10.     I am especially surprised by Dr. Holmquist's statement in paragraph 15 of her declaration that she "do[es] not see any need for further data collection for assessment and monitoring purposes." ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 15. I disagree with Dr. Holmquist not only because I believe that there is a lack of data on abortion complications, but also because even where there is an abundance of data, further data is always useful, as trends can change over time. Indeed, gathering data is the purpose of the scientific method. If abortion is truly safe, than further data can only confirm its safety. Moreover, a woman seeking an abortion has

a right to truly informed consent—to know both the potential complications of the procedure and the track record of the physician performing the procedure.

11.     According to Planned Parenthood's experts, the purpose of gathering data is "to make sure that problems are caught," ECF No. 16-3, Decl. of Carol Dellinger ¶ 13, so that "steps can be taken to prevent them from occurring again," ECF No. 16-2, Decl. of John William Stutsman ¶ 6, and so that scientists may "assess, monitor, and improve the public health," ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 15.  I agree with this purpose.  The Act furthers this purpose by requiring the mandatory reporting of abortion complications in Indiana.  This data can later be used by scientists and scholars to analyze whether abortion is truly safe as performed in Indiana.

12.     Indiana Code section 16-34-2-4.7(a) lists the potential complications of abortion that must be reported. In paragraph 40 of its complaint, Planned Parenthood alleges that "some of the items on the list are not complications of abortion at all." ECF No. 1, Compl. ¶ 40. Drs. Stutsman, Dellinger, and Holmquist also state in their declarations that some of the complications listed in the act are not complications of abortion.  ECF No. 16-2, Decl. of John William Stutsam ¶ 36; ECF No. 16-3, Decl. of Carol Dellinger ¶ 27; ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 42.  To the contrary, in my experience, all of the items on the list may result from an abortion.  Of the items listed in the statute that Planned Parenthood and its experts claim are not complications of abortion:

a. **Cardiac arrest** can result from excessive blood loss, amniotic fluid embolus or anesthetic complications.

b. **Respiratory arrest** can result from excessive blood loss, amniotic fluid embolus or anesthetic complications.

c. **Renal failure** can result from excessive blood loss, inadequate volume replacement, or rarely from a ureteral injury from a lateral uterine perforation.

d. **Shock** can result from blood loss or overwhelming infection (sepsis).

e. **Embolism** can result from pulmonary embolus or amniotic fluid embolus.

f. **Coma** can result from cardiac arrest, respiratory arrest, renal failure, shock, or embolism.

g. **Placenta previa in subsequent pregnancies** can result from uterine instrumentation.

h. **Pre-term delivery in subsequent pregnancies** can result from cervical damage from forced dilation of the cervix that leads to cervical insufficiency in future pregnancies. Less commonly, it can result when an inflammatory environment is established in the uterus from the abortion (possibly from subclinical infection) that leads to preterm labor.

    i.   **Hemolytic reaction due to the administration of ABO-incompatible blood or blood products** can result from a blood transfusion after significant blood loss following an abortion.

    j.   **Death** can be caused by any of the above complications.

13.    In paragraph 35 of his declaration, Dr. Stutsman states that uterine perforation is equally likely to occur from the placement of an IUD as from an abortion. But in my experience, uterine perforation is much more likely to result from an abortion than from an IUD because a pregnant uterus is much more susceptible to perforation.  One study noted a rate as high as 15.6 per 1000 procedures, which is far less than that expected with IUD placement.  Steven G. Kaali, Ivan A. Szigetvari, & George S. Bartfai, *The Frequency and Management of Uterine Perforations During First-Trimester Abortions*, 161 Am. J. Obstetrics and Gynecology 406, 406–08 (1989), attached as Exhibit C.  The implication of a perforation of a pregnant uterus is also much more significant than a nonpregnant uterus, as the risk of significant bleeding is much higher due to the increased vascularity.

14.    Each of Planned Parenthood's experts state that infection rates for abortion are very low.  ECF No. 16-2, Decl. of John William Stutsman ¶ 34; ECF No. 16-3, Decl. of Carol Dellinger ¶ 26; ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 48. According to the available literature, the rate of infection after a surgical abortion is 5–10%.  Angela Lanfranchi, Ian Gentles & Elizabeth Ring-Cassidy, *Complications: Abortion's Impact on Women* 168 (2013), attached as Exhibit D (excerpt only).

15.     In paragraph 25 of Dr. Dellinger's declaration, she asks whether "typical and expected bleeding after an abortion is an adverse physical condition that equates to hemorrhaging."  ECF No. 16-3, Decl. of Carol Dellinger ¶ 25. Every woman who has a medication abortion will bleed, and many of these women will pass clots. For a medication abortion, women will on average, lose up to 300 mL of blood (compared to 30–60 mL for a typical period).  The bleeding becomes heavier with increasing gestational age.  The heaviest of the bleeding typically lasts for a few hours up to about 24 hours.  Women who have medication abortions can also have small amounts of bleeding for 1–2 weeks.  This typical and expected bleeding is neither a side effect nor a complication, but rather, it is the abortion itself, i.e., it is how the body discharges the embryo or fetus.  Bleeding after or during a surgical abortion, on the other hand, is typically minimal, but does increase with gestational age. "Hemorrhaging" is usually understood by medical professionals to mean serious bleeding that requires urgent medical attention.  Dr. Holmquist defines "hemorrhaging" as "a significant loss of blood, generally over 500 cc in obstetric and abortion practice."  ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 50.  This is a correct definition.  Physicians are frequently required to make the call of whether bleeding constitutes hemorrhaging after deliveries, natural miscarriages, and abnormal periods.

16.     Also in paragraph 40 of its complaint, Planned Parenthood alleges that "blood clots" are "a typical, transient, and potential side effect[] of abortions."  ECF No. 1, Compl. ¶ 40. *See also* ECF No. 16-2, Decl. of John William Stutsman ¶ 40; ECF

No. 16-5, Decl. of Sabrina Holmquist ¶ 50. While it is common for women to pass blood clots after an abortion, there are two more serious types of blood clots that may result from an abortion, or indeed, from any surgical procedure—deep-vein thrombosis (blood clot in the legs) and pulmonary embolism (blood clot in the lungs). These types of blood clots may lead to cardiovascular compromise, respiratory distress, or death. Section 16-34-2-4.7(a)(5) is necessary to require reporting of all such blood clots.

17.     In paragraph 39 of her declaration, Dr. Holmquist states that missed ectopic pregnancies are not possible because Planned Parenthood does an ultrasound before an abortion. ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 39. However, a missed ectopic pregnancy is still possible if the ultrasound is performed incorrectly. This should be reported if it occurs as ectopic pregnancies can lead to serious complications (intra-abdominal hemorrhage, loss of fertility) or death. An ectopic pregnancy is also easier to miss at very early gestations (less than 6 weeks).

18.     If, in the course of an abortion procedure, an ectopic pregnancy is suspected (for example, no tissue is found in the uterus consistent with an intrauterine pregnancy), the standard of care at that point would be to wake the woman up and obtain her consent to treat the ectopic pregnancy either through medically or surgically. Because an ectopic pregnancy is a life-threatening condition, failure to report such an event would be a material omission on the part of the doctor. In paragraph 26 of his declaration, Dr. Stutsman states that "cardiac arrest, respiratory arrest, renal failure, shock, and coma, are simply not consequences of first

trimester abortions."  ECF No. 16-2, Decl. of John William Stutsman ¶ 26. *See also* ECF No. 16-3, Decl. of Carol Dellinger ¶ 26; ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 46.  On the contrary, all of these could result from massive blood loss after or during an abortion.

19.  In paragraph 38 of his declaration, Dr. Stutsman states that he "do[es] not know what a metabolic disorder is in this context."  ECF No. 16-2, Decl. of John William Stutsman ¶ 38. At least one metabolic disorder, namely, an electrolyte abnormality from blood loss, could result from an abortion.  This disorder could have serious consequences, ranging from temporary confusion to coma or cardiac arrest.

20.  In paragraph 37 of his declaration, Dr. Stutsman states that placenta previa and pre-term delivery can never be complications of an abortion.  ECF No. 16-2, Decl. of John William Stutsman ¶ 37. *See also* ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 43–44.  However, according to the literature, abortion often leads to complications with subsequent pregnancies, mainly preterm delivery, but also occasionally placenta previa.  Specifically, with respect to pre-term delivery, a recent large meta-analysis that looked at more than 1 million women showed a significantly increased risk of very preterm birth (prior to 32 weeks) in future pregnancies after surgical abortion, including those done in the first trimester.  *See* Shah & Zao, *Induced Termination of Pregnancy and Low Birthweight and Preterm Birth: A Systematic Review and Meta-Analyses*, 116 Brit. J. Obstetrics and Gynaecology 1425 (2009), attached as Exhibit E.  This link between abortion and preterm birth was even acknowledged by a report sponsored in part by the American College of

Obstetricians and Gynecologists.  *See* Comm. Understanding Premature Birth and Assuring Healthy Outcomes, Preterm Birth: Causes, Consequences, and Prevention xii, 624–25 (Richard E. Behrman & Adrienne Stith Butler, eds., 2007), attached as Exhibit F (excerpt only).

21.     Drs. Stutsman and Dellinger state that a hemolytic reaction due to the administration of ABO-incompatible blood or blood products could not happen after an abortion because Planned Parenthood does not perform blood transfusions. However, significant blood loss that would require a blood transfusion can result from an abortion.  If the patient then has a transfusion reaction such as hemolysis, this would not have occurred were it not for her abortion.  As such, I would consider this a potential abortion complication.

22.     In paragraph 41 of her declaration, Dr. Holmquist states that hypoglycemia "has nothing at all to do with abortion."  ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 41. *See also* ECF No. 16-2, Decl. of John William Stutsman ¶ 36.  While rare as a complication of abortion, hypoglycemia could occur in an already-diabetic patient as a result of fasting before the procedure.  This is still a complication that could result from this procedure and would need to be treated by the surgeon.

23.     In its memorandum, Planned Parenthood suggests that it would have to report "the type of soreness following a surgical abortion that might be associated with any minor surgery . . . if it provides "treatment" consisting of aspirin (or even "treatment" consisting of nothing more than a verbal explanation that such soreness is to be expected)."  ECF No. 16, Pl.'s Mem. 24.  But "treatment" from a medical

standpoint could not include "verbal explanations" because treatment means a medical therapy that is applied.

24.     In paragraph 32 of her declaration, Christie Gillespie states that a "rash that resolves itself" is a common side effect to anesthesia. ECF No. 16-1, Decl. of Christie Gillespie ¶ 32. But a "rash" is not a normal side effect of anesthesia.  A rash is a sign of an allergic reaction, which can be very serious.  Any allergic reaction is a significant complication that should be reported.

25.     In addition to the numerous physical complications of abortion, abortion can also have adverse consequences for a woman's psychological health.  According to a large systematic review published in 2011 in the British Journal of Psychiatry, depression, substance abuse, anxiety and suicide are significantly increased in women who have had abortions, even when controlling for previous mental health disorders and other contributing factors.  Most notable, the suicide rate in women who have had abortions is six times higher than in those who have not had abortions. *See* Priscilla K. Coleman, *Abortion and Mental Health: Quantitative Synthesis and Analysis of Research Published 1995–2009*, 199 Brit. J. Psychiatry 180 (2011), attached as Exhibit G.

26.     While there is no official medical definition of an "emotional complication," it is commonly understood as any emotional disturbance related to the abortion, including Dr. Dellinger's example in paragraph 28 of her declaration of a woman who feels sad after an abortion.  ECF No. 16-3, Decl. of Carol Dellinger ¶ 28.

27.     In its Memorandum in Support of Motion for Preliminary Injunction, Planned Parenthood argues that it would be required to report an abortion complication if a "family-member (rather than the abortion patient) seeks treatment for depression because a loved one obtained an abortion." But from a medical standpoint, patients never have complications from another person's procedure.

28.     Normal side effects of abortion, including cramping, bleeding, dizziness, nausea, diarrhea, vomiting, fatigue, mild fever, and temporary abdominal pain, *see* ECF No. 16-2, John William Stutsman ¶ 21; ECF No. 16-5, Decl. of Sabrina Holmquist ¶ 33, are not complications, and thus would not be required to be reported under the statute.

29.     For these reasons, the Reporting Requirement helps to protect the health and safety of women by collecting more data with which to compare the relative risks of abortion and childbirth.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 6|1|2018

Christina Francis, M.D.

12

# EXHIBIT A

**Christina Francis, MD, FACOG**
**3112 Beaver Ave.**
**Fort Wayne, IN 46807**
**260-443-6207**
**cmfranci@gmail.com**

**EMPLOYMENT**

**Parkview Physicians Group OB/GYN**
Fort Wayne, IN
August 2014 to present
Practicing OB/GYN, Member of Executive Committee

**Global Outreach, International**
Tupelo, MS
September 2013 to July 2014
Short-term medical missionary in Kapsowar, Kenya

**Christie Clinic - OB/GYN**
Champaign, IL
August 2011 to June 2013
Duties included: seeing variety of patients in the office, including both OB and Gyn
patients, covering laboring patients and deliveries, supervising 2 nurse midwives,
performance off gynecologic surgery, rotating evening/weekend call.

**A.I.C. Kapsowar Mission Hospital (Employer - Samaritan's Purse) – OB/GYN**
Kapsowar, Kenya
August 2009 to June 2011
Duties include: Managing maternity ward (approximately 1200 deliveries/year),
performing all operative vaginal deliveries and Cesarean sections during daytime hours
and rotating evening/weekend call, supervising/teaching nursing students; Evaluation of
all gynecologic outpatients and complicated antenatal clients; Performing all
gynecologic surgeries; Organizing and implementing mobile outreach clinics to
surrounding areas; Teaching visiting medical students; Performing neonatal
resuscitation when required.

**BOARD CERTIFICATION**

OB/GYN Written Board Exam – passed June 2009
OB/GYN Oral Board Exam - passed December 2012

## EDUCATION

**Ball State University – BS Chemistry**
August 1996 – May 2000

**Indiana University School of Medicine – MD**
August 2001- May 2005

**OB/GYN Residency**
St. Vincent Hospital, Indianapolis, Indiana
July 2005 – June 2009

## PROFESSIONAL ACTIVITIES

**Volunteer –** August 2000 – July 2001
Spent one year in Romania working with orphans.  Responsibilities included teaching
English and computers as well as being a mentor to teenage girls.

**Volunteer Physician** – January 2005/2007
Yangon, Myanmar – provided medical care to children and adults in a small village

**Volunteer Physician** – November 2007
CURE International Hospital, Kabul, Afghanistan

**Volunteer Physician** – October 2008
Ran maternity ward at a mission hospital in Kapsowar, Kenya

**Student Coordinator** – May 2008 to May 2009
St. Vincent Hospital, Indianapolis, Indiana.  Coordinate the many medical and physician
assistant students that we have rotating with us and assure that they get a full OB/GYN
experience.  Arrange student placements and address their concerns.

**Peer Review Committee** – June 2008 to June 2009
Review cases in our hospital deemed to be potential departures from standard of care

**Life Training Institute Speaker**
August 2014 to present

Speak to various groups about pro-life apologetics (presenting a clear case for the defense of life) and practicing medicine from a pro-life perspective

## RESEARCH

**Timing of Prophylactic Antibiotics for Cesarean Section: A prospective, randomized controlled trial.**  Published in Journal of Perinatology.

**Safety and Efficacy of Intrathecal Narcotic Analgesia.**  Poster presentation at SGO March 2006.

## AWARDS

**Best Resident Research Project** – 2007, 2008

**OB/GYN Medical Student Teaching Award** – 2005

## PROFESSIONAL SOCIETIES

**American Association of Pro-Life Obstetricians and Gynecologists**
Member since 2013
Board Member since February 2015, President Elect since

**Christian Medical and Dental Association** – member since 2006

## LANGUAGES (fluent)

English

# EXHIBIT B

# The Myth That Abortion is Safer Than Childbirth: Through the Looking Glass

### Byron C. Calhoun, M.D., FACOG, FACS, FASAM, MBA*

## I. Abortion Mortality: Mythology and Methodology

Recent publications continue to put forth the same un-scientific and unsubstantiated claim that "The risk of death associated with childbirth is approximately 14 times higher than with abortion."[1] However, a comparison of abortion mortality and maternal mortality is complicated by methodological problems:

- Incomplete reporting (Abortion Data Unreliable)
- Definitional incompatibities
- Voluntary data collection
- Research bias
- Reliance on estimations
- Political correctness
- Inaccurate/incomplete death certificates
- Failing to include all causes of death such as suicide
- Incomparability with maternal mortality statistics

## II. Incomplete Reporting: (Abortion Data Unreliable)

There are no federal reporting requirements for abortion in the United States.[1,2] Only 26 states require providers to report.[3,4] And the data provided are estimates:

*"Many state health departments are able to obtain only incomplete data from abortion providers, and in some states, only 40-50% of abortions are reported."*[5]

The CDC collects maternal mortality data in 2 separate systems:

- National Vital Statistics System (NVSS)
- Pregnancy Mortality Surveillance System (PMSS)

For example 1995-97 NVSS reported 898 deaths while the PMSS reported 1,387 deaths. Only 54% reported in both systems.[6] Due to the incomplete nature of the data collection, CDC cautions medical professionals not to make comparative statements on

---

\* Professor and Vice Chair, Department of Obstetrics and Gynecology, West Virginia University-Charleston, Charleston, WV.

Licensed to Byron Calhoun, calhounbc@earthlink.net

data.  In other words, these data sets cannot be used to calculate comparative safety of abortion, nor an accurate abortion mortality rate.

Guttmacher Institute (GI) is only other reporting body.   Guttmacher data is voluntary, not reliable and politically motivated.

Abortion is systematically underreported with:

- < ½ reporting abortions in face-to-face interviews.[7]
- No fetal death certificates-never appear in maternal mortality calculations.
- Most women (2/3's) never return to abortion clinics with complications-therefore not reported as abortion complications.[8]

### III. Mortality Definition Issues

The World Health Organization (WHO) uses 7 different methods to estimate maternal deaths.[9]  Pregnancy status is not routinely reported in death certificates.  It has been estimated that 50% of cases of maternal death certificates did not report pregnancy.[10] Various methods and terminology are as follows:

- Maternal deaths (by WHO)-death of woman while pregnant or within 42 days of termination of pregnancy, irrespective of duration/site of pregnancy.  (Does not include suicide, homicide,accidents)
- Late maternal deaths are defined as "the deaths of a woman from direct or indirect obstetric causes more than 42 days but less than 1 year after termination of pregnancy."
- Pregnancy-related deaths-includes those from direct  and indirect causes defined as "Death of a woman while pregnant or within 42 days of termination of pregnancy, irrespective of the cause of death."
- Direct obstetric deaths-"those resulting from obstetric complications of the pregnant state (pregnancy, labor, puerperium).
- Indirect obstetric deaths- ". . .those resulting from previous existing disease or disease that developed during pregnancy and which was not due to  direct obstetric causes, but which was aggravated  by physiologic effects of pregnancy."
- Pregnancy-associated deaths-developed by Centers for Disease Control and Prevention and with Maternal Mortality Special Interest Group of ACOG: Death from any cause during pregnancy or within 1 calendar year of delivery or pregnancy termination, regardless of duration or anatomical site.  (Includes accidents, homicide and  suicide related to pregnancy)
- Another way to define mortality is using a national  case-fatality rate, which is the number of known legal induced abortion-related deaths per 100,000 reported legal induced abortions.
- But calculation of this number assumes all deaths are identified from all causes up to 1 year post-abortion, which is not true, and therefore the numerator is inaccurate.  Also,  the total number of abortions (denominator) is not known. Therefore, it is impossible to calculate this number reliably, without a reliable numerator or a reliable denominator.

*Licensed to Byron Calhoun, calhounbc@earthlink.net*

- Also this calculation uses only 2 criteria in identifying maternal death:
  - Medical causes of death
  - Timing of the pregnancy-related death

## IV. Mortality Measurement Issues

Maternal mortality is usually defined as:

Number of maternal deaths during a given period per  100,000 live births during same period, or

Number of maternal deaths in give period per 100,000 women of reproductive age during the same time period.

Difficulties are evident in following:

A. There are gross difficulties inherent in measuring maternal mortality and definitions regarding precisely what constitutes a death due to pregnancy vs birth.

B. There is lack of consensus regarding how long after pregnancy resolution a death is linked to the pregnancy.

C. The two national sources of abortion statistics (CDC and Guttmacher Institute) are plagued by underreporting to a huge degree.

D. For various reasons (incomplete records, lack of  fetal death records), deaths due to abortion are often not recorded as resulting from the procedure with only the immediate cause of death (embolism, sepsis, and hemorrhage) provided.

E. Women experiencing life-threatening health complications from abortion go to hospital's ER's and are not usually seen by abortion doctors and thus their deaths not counted as abortion related.

F. Abortion related deaths from (from physician complications of the procedure) are usually reported as maternal deaths.

G. The death statistics tabulated for abortion focus on "uncomplicated" abortion, whereas statistics for childbirth incorporate complicated deliveries (c-sections).  Comparing uncomplicated delivery to uncomplicated abortion shows the risk of dying from abortion is twice that of uncomplicated vaginal delivery.[11]

H. Available statistics do not address the long-term and less direct causes of death associated with abortion and childbirth.  Risk of death associated with abortion increases over time (due to substance abuse, cancer, pregnancy complications, suicide) while that of term pregnancy show lessened risk.  The present definitions of maternal death within 42 days of delivery will find those deaths due to full-term pregnancies.  So, national data compares deaths associated with term deliveries to deaths associated with deaths from abortion at any point in pregnancy. This will give an inappropriate comparison group,  as the appropriate comparison would be to compare the gestational age specific risk of abortion to the alternative of continuing the pregnancy at that gestational age.

*Licensed to Byron Calhoun, calhounbc@earthlink.net*

## IV. Mortality Measurement Issues

Maternal mortality is determined by dividing maternal deaths by live births as opposed to pregnancies. Deaths by ectopic pregnancy, molar pregnancy, miscarriage, and stillbirth are all included in the numerator but not the denominator. CDC notes that 40% of deaths occur in the other non–live birth category. This over-inflates the maternal mortality. This means that the live-birth mortality is actually only 60% of the reported maternal mortality.

Maternal mortality and abortion statistics are not analogous. Abortion statistics are by trimester. Live birth mortality ought to do the same. Statistics done by trimester find that mortality in abortion:

14.7/100,000 at 13-15 weeks;

29.5/100,000 at 16-20 weeks;

76.6/100,000 at > 21 weeks.[12]

Comparisons without regard to gestational age are flawed: Deaths during the first 6 weeks of pregnancy (when maternal morbidity and mortality are highest) are classified as maternal deaths and placed together with deaths due to birth and delivery. This is inappropriate since the intended outcomes are unknown. Women who reach the common point of awareness of pregnancy and make decision to abort (approximately 6 weeks) have already survived beyond the period of pregnancy's greatest risk. Abortions do not typically occur very early and are impossible > 9 months of gestation when most of the maternal deaths in the maternal mortality statistics occur. Therefore, valid gestational period comparisons must be done in the latter half of 1st trimester (after 6 weeks) and through the end of the third trimester.

During 2nd and 3rd trimesters, the abortion related mortality equals and then exceeds that of childbirth (childbirth-approximately 8-10/100,000).[12]

## V. Abortion versus Childbirth-Evidence

Induced abortion is the 5th leading cause of maternal mortality in the U.S.[13]

Excluded from the abortion statistics are:

- suicide,
- avoidable deaths due to injuries, accidents, substance abuse, and contributory/ cumulative disease states

A U.S. study spanning 8 years in California found in 2002:

- 62% increase in all cause deaths
- 154% increased risk in suicide[14]

A Finnish study in 1997 found:

- Deaths rates 4 times higher after abortion compared to childbirth up to 1 year.[15]

Subsequent studies in Finland showed:

- Maternal mortality-childbirth 28.2/100,000
- Abortion mortality-83.1/100,000 or 3 times higher[16]
- 6 times higher risk of suicide.[17]

*Licensed to Byron Calhoun, calhounbc@earthlink.net*

Morgan et al. in UK found 8.1/1,000 suicide attempts  in aborting patients versus 1.9/1,000 suicide attempts in those giving birth.[18]

Chang et al. in 2003 found 3 most common causes of maternal mortality in abortion:

- Infection (33.9%)
- Hemorrhage (21.8%)
- Embolism (13.9%)
- Deaths from hemorrhage 8 times higher and from infection 9 times higher in abortion compared to live-birth[19]

# VI. Recent Mortality Evidence

"Imagination is the only weapon in the war against reality."
Cheshire Cat to Alice in Alice in Wonderland

Carroll et al. 2011 found the maternal mortality rate to be 8-10/100,000 live births in England, Wales,and Scotland (nations with same liberal abortion philosophy as U.S.).[20] In contrast, Carroll et al. 2011 found the maternal mortality rate to be 1-2/100,000  in the Irish Republic (where abortion is illegal) in the same time frame.

Note that the rate in England, Wales and Scotland is almost same rate of maternal mortality of 8.8/100,000  live births in U.S. quoted by Raymond and Grimes in 2012 article.

The Raymond  and Grimes abortion mortality rate of 0.6/100,000 is simply nonsense and not supported by good national database information, not estimates.

Koch et al. 2012 demonstrated in their study of maternal mortality in Mexico (abortion illegal) the fundamental issue with "estimation" when they found  a 10-fold overestimation of maternal mortality without record linkage.[21]  In fact, Mexico actually saw a decrease in maternal mortality from 1.48 to 1.14 /100,000 live births with no abortion.[21]

Koch et al. 2012 also found in a 50 year analysis of Chile's maternal mortality covering 2 epochs:  1957-1988-abortion legal  and  1989-2007-abortion illegal[22]  that the legal status of abortion had no relationship to the reduction in maternal mortality in Chile- but was significantly related to better care and education.[22]

Coleman et al. 2012 reviewed the mortality rates in  Denmark for the 25 years from 1962-1993 with over 1 million women with complete reproductive outcomes: (Live births, Abortions, Miscarriages).[23]  The authors noted an increased risk of death for women who aborted, demonstrating a dose related effect of abortion with mortality:

- 45% increased  risk with one abortion
- 114% increased risk  with  2 abortions
- 191% increased risk with 3 abortions

The authors also found:

- 6-fold increase risk death if never became pregnant vs delivered a term baby

*Licensed to Byron Calhoun, calhounbc@earthlink.net*

*Issues in Law & Medicine, Volume 30, Number 2, 2015*

Contrary to the belief that childbirth has excess mortality compared to abortion, the authors compared maternal death rates with a live birth compared to an abortion and found a decreased risk of death for live birth outcomes:

- Death rates reduced by 108% for 2 births
- Death rates reduced by 63% for > 3 births

## Conclusions

- Accurate data are lacking the U.S. due to poor quality data collection and estimates.
- Linked database data demonstrates an increased maternal mortality in abortion compared to live-birth .
- A comprehensive, objective database with reproductive outcomes is sorely needed.

## References

[1] Grimes DA. Estimation of  pregnancy-related mortality risk by pregnancy outcome, United States, 1991-1999. *Am J Obstet Gynecol*  2006;194:92-93.

[2] Saul R. Abortion reporting in the United States.  *Fam Planning Perspect* 1998;30:244-47.

[3] Guttmacher Institute. *Abortion reporting requirements. State Policies in Brief*. 2009; 12 September.

[4] Jones RK, Zolna MRS, Henshaw SK, Finer LB. Abortion  in the United States: Incidence and access to services. *Perspect on Sexual and Repro Health* 2005;40(1):6-16.

[5] *Id.*

[6] MacKay A, Berg CJ, Duran C, Chang J, Rosenberg H. An assessment of pregnancy-related mortality in the U.S. *Pediatric & Perinatal Epidemiology* 2005; 19:206-14.

[7] Jones RK, Kost K. Underreporting of induced and spontaneous abortion in the United States: An analysis of the 2002 National Survey of Family Growth.  *Studies in Family Planning* 2007;38:187-197.

[8] Picker Institute.  *From the patient's perspective-quality of abortion*. 1999. Boston, MA.

[9] World Health Organization.  *Maternal  mortality in 2005-estimates developed by WHO, UNICEF, UNF-PA, and The World Bank* 2007.

[10] Horon I, Underreporting of maternal  deaths on death certificates and the magnitude of the problem of maternal mortality. *Am J of Public Health* 2005:95: 479.

[11] Lanska  J, Lanska A, Rimm A.  Mortality from abortion and chilldbirth. *JAMA* 1983;250:361.

[12] Barlett LA, Berg CJ, Shulman  HB, Zane SB, Green CA, Whitehead  S, Atrash HK. Risk factors for legal induced abortion-related mortality in the United States. 2004; *Obstet Gynecol* 103:729-37.

[13] Kaunitz AM. Causes of maternal mortality in the United States. *Obstet and Gynecol* 1985;65:605-612.

[14] Reardon DC, Cougle J, Ney PG, Scheuren F, Coleman PK, Strahan T. Deaths associated with delivery and abortion among California Medicaic patients: A record linkage study. *Southern Medical Journal* 2002;95:834-41.

[15] Gissler M, Kauppila R, Merilainen J, Toukomaa H, Hemminki E. Pregnancy associated deaths in Finland 1987-1994: Definition problems and benefits of record linkage. *Acta Obstetricia et Gynecologia Scandinavica* 1997;76:651-57.

[16] Gissler M, Ber C, Bouvier-Coll M, Buekins P.  *Pregnancy-associated mortality after birth, spontaneous abortion, or induced abortion in Finland 1987-2000.*

[17] Gissler M, Berg C, Bouvier-Colle MH, Buekens P. Injury deaths, suicides, and homicides associated with pregnancy, Finland 1987-2000.  *European J of Public Health* 2005;15:459-63.

[18] Morgan C, Evans M, Peters JR. Suicides after pregnancy: Mental health may deteriorate as a direct effect of induced abortion. *Br Med J* 1997;314:902.

Licensed to Byron Calhoun, calhounbc@earthlink.net

[19] Chang J, Elam-Evans LD, Berg CJ, Herndon J, Flowers L, See KA, Syverson CJ. Pregnancy-related mortality surveillance-United States 1991-1999.  *MMWR* 2003;52:1-8.

[20] Ireland's Gain. The demographic impact and consequences for the health of women of the abortion laws in the Republic of Ireland and Northern Ireland since 1968. *PAPRI* 2011, London, UK.

[21] Koch  E, Aracena P, Gatica S, Bravo A, Huerta-Zepeda A, Calhoun BC. Fundamental discrepancies in abortion estimates and abortion-related mortality: A reevaluation of recent studies in Mexico with special reference to the International Classification of Diseases. *International J of Women's Health* 2012;4:613-23.

[22] Koch E, Thorp J, Bravo M, Gatica S, Romero CX, Aguilera H, Ahlers I. Women's educational level, maternal health facilities, abortion legislation, and maternal deaths: A natural experiment in Chile from 1957-2007.  *PLoSONE* 2012;7(5):1-16, e36613.

[23] Coleman PK, Reardon DC, Calhoun BC. Reproductive history patterns and long-term mortality rates: A Danish, population-based record linkage study. *European J Public Health* 2012;1-6. doi:10.1093/eurpub/cks107.

*Licensed to Byron Calhoun, calhounbc@earthlink.net*

# EXHIBIT C

Russ, Pretorius, and Johnson

August 19
Am J Obstet Gyneco

14. Olson GS, Halpe DCE, Kaplan AM, Spataro J. Dandy-Walker malformation and associated cardiac anomalies. Childs Brain 1981;8:173-80.
15. Sawaya R, McLaurin RL. Dandy-Walker syndrome: clinical analysis of 23 cases. J Neurosurg 1981;55:89-98.
16. Mahony BS, Callen PW, Filly RA, Hoddick WK. The fetal cisterna magna. Radiology 1984;153:773-6.
17. Moerman Ph, Vandenberghe K, Fryns JP, Haspeslagh M, Lauweryns JM. A new lethal chondrodysplasia with spondylocostal dysostosis, multiple internal anomalies and Dandy-Walker cyst. Clin Genet 1985;27:160-4.

18. Passarge E, True CW, Sueoka WT, Baumgartner N
    Keer KR. Malformations of the central nervous system i
    trisomy 18 syndrome. J Pediatr 1966;69:771-8.
19. Murray JC, Johnson JA, Bird TD. Dandy-Walker mal
    formation: etiologic heterogeneity and empiric recur
    rence risks. Clin Genet 1985;28:272-83.
20. Depp R, Sabbagha RE, Brown JT, Tamura RK, Reedy N
    Fetal surgery for hydrocephalus: successful in utero ven
    triculoamniotic shunt for Dandy-Walker syndrome. Ob
    stet Gynecol 1983;61:710-4.

# The frequency and management of uterine perforations during first-trimester abortions

**Steven G. Kaali, MD, Ivan A. Szigetvari, MD, PhD, and George S. Bartfai, MD, PhD**

*Dobbs Ferry, New York*

The frequency and management of uterine perforation during first-trimester abortions remain a matter of continuing debate among gynecologists. The rate of uterine perforations was 1.3/1000 procedures (eight cases) in 6408 women undergoing first-trimester abortions at our clinic. We also performed 706 first-trimester abortions at the time of laparoscopic sterilization. Two perforations (2.8/1000 procedures) were reported before laparoscopy. Twelve (15.6/1000 procedures) unsuspected perforations were discovered during direct laparoscopic visualization. This represents a 19.8/1000 procedure rate of perforation (14 cases). All 22 patients with perforations were managed conservatively, and no immediate or late complications were noted. Our data suggest that the true incidence of uterine perforations is significantly underestimated and serious complications caused by perforations are rare. Conservative therapy is recommended rather than early surgical intervention. (AM J OBSTET GYNECOL 1989;161:406-8.)

**Key words:** Abortion, uterine perforation, management

First-trimester abortion is a simple and commonly performed procedure. However, complications, including uterine perforations, occur. The incidence of uterine perforation varies between 0.8 and 6.4/1000 procedures.[1, 2]

Uterine perforations are usually diagnosed as a result of physician suspicion. Definite diagnosis can be made on rare occasions when abdominal contents are brought out through the cervix or invading instruments reach beyond the uterine cavity. According to Mittal and Misra,[3] unrecognized perforations are rather common, and the true incidence of uterine perforations is underestimated without direct pelvic visualization. White et al.[4] described 19 unsuspected uterine perforations during 624 laparoscopic sterilizations, making the frequency 30/1000 procedures. Similar conclusions were reached by Chi and Feldblum[5] during 20,000 laparoscopic and minilaparotomy sterilizations.

The frequency of and therapy for uterine perforations remain a matter of continuing debate among gynecologists. This propective study describes our experiences with the rate of recognized and unsuspected uterine perforations and their management.

## Material and methods

Between Jan. 1, 1986, and Dec. 31, 1987, 6408 first-trimester abortions, including termination of three molar gestations, were performed by vacuum aspiration at our free-standing surgical facility. The average age of the patients was 21 years, and parity was 0.7 in this study group. All procedures were performed on an outpatient basis either under general anesthesia (89%) or paracervical block (11%). The cervix was gradually dilated with Pratt dilators without uterine sounding, and the products of conception were evacuated by plastic suction cannula. This was followed by sharp curettage to ascertain that the uterine cavity was empty. In

*From the Women's Medical Pavilion.*
*Received for publication November 6, 1988, revised February 23, 1989, accepted March 3, 1989.*
*Reprint requests: Steven G. Kaali, MD, Women's Medical Pavilion, 88 Ashford Ave., Dobbs Ferry, NY 10522.*

cases of continuous bleeding, oxytocin was used in lieu of repeat curettage.

An additional 706 first-trimester abortions were performed with the same method at the time of laparoscopic sterilization. The average age of the patients in this group was 35 years and parity was 2.3. General anesthesia was used in 687 (97.3%) cases and local anesthesia was used in 19 (2.7%) cases. The largest Pratt dilator used for dilatation was reinserted just beyond the internal os of the cervix. It was securely attached to the tenaculum with adhesive tape to mobilize the uterus. Tubal sterilizations were carried out through a single incision by means of bipolar cautery or Falope rings with the aid of video laparoscopy. The procedures were performed by four experienced surgeons.

In the abortion group, uterine perforations were diagnosed by physician suspicion after an instrument was passed beyond the expected distance. This perforation rate was compared with those described in the literature.

In the abortion-sterilization group, the surgeons were asked to report perforations before laparoscopy. The reported rate of uterine perforations could then be compared with those recognized only during laparoscopy.

The $p$ values < 0.05 were considered significant. Calculation of statistical significance between the abortion and laparoscopy-abortion groups was made by the $\chi^2$ test.

## Results

Eight uterine perforations were reported during 6408 first-trimester abortions, resulting in a perforation rate of 1.3/1000 procedures. The average age of these patients was 22 years and parity was 0.8. Six of the eight perforations were sustained under general anesthesia.

When the abortions were performed at the time of laparoscopic sterilizations, two perforations were reported before direct visualization (2.8/1000 procedures). Twelve additional perforations were recognized only through the laparoscope. Thus the true incidence of uterine perforations in the laparoscopic group was 14 (two + 12) per 706 cases, or 19.8/1000 procedures. This is sevenfold higher ($p < 0.001$) than the perforation rate recognized with traditional methods. The average age of these 14 patients was 36 years and parity was 2.2. All received general anesthesia. The location of perforations and uterine positions are shown in Table I. Most perforations occurred in the fundus.

Of 22 uterine perforations, three were recognized before and two were discovered during the suction procedure. In five patients the perforation became evident at the time of curettage. Twelve perforations went un-

**Table I.** Uterine position and location of perforations in the abortion-laparoscopy group

| Site of perforations | Uterine position | |
|---|---|---|
| | Anteverted, No. | Retroverted, No. |
| Fundus or cornua | 5 | 4 |
| Anterior wall | 1 | 3 |
| Posterior wall | 1 | — |
| Cervix | — | — |

detected until laparoscopic sterilization, and the perforating instrument could not be identified.

In the 10 patients in whom perforations were recognized without laparoscopy, abortions were completed under sonographic control. In the 12 patients in whom unsuspected uterine perforations were diagnosed at the time of laparoscopic sterilization, no further treatment was required. All 22 patients were discharged on antibiotics an average of 4 hours after the procedure and returned to their normal activities in 48 hours. With the exception of one woman, all returned for postoperative checkup within 2 weeks, which revealed a benign postoperative course and normal pelvic findings.

## Comment

The rates of recognized perforations in our abortion group and abortion-sterilization group were 1.3 and 2.8/1000 procedures, respectively, which are similar to those reported in the literature. Twelve additional perforations (15.6/1000 cases) were discovered only during laparoscopic sterilizations, resulting in a true uterine perforation rate of 19.8/1000 procedures in this study group. The secure placement of the Pratt dilator during uterine manipulation prevented accidental perforations. Therefore most traumatic uterine perforations during first-trimester abortions are unreported or even unsuspected. Similar conclusions were reached by White et al.[5] during diagnostic curettage in patients who had subsequent laparoscopy.

On the basis of these data, it is clear that most uterine perforations inadvertently escape medical attention and seldom result in serious complications. We would not deny that serious injuries can be sustained at a time of uterine perforations, but we disagree with Lauersen and Birnbaum[6] and Mittal and Misra's[5] suggestion that all patients with uterine perforations should immediately have laparoscopy or even laparotomy.

If the perforation occurs while the gestational tissue is still present in the uterine cavity, the abortion should be completed under sonographic guidance, avoiding more invasive surgical procedures. If intraoperative ultrasound studies are unavailable or the surgeon is in-

August 1989
Am J Obstet Gynecol

experienced with suction curettage, laparoscopic control is indicated to complete the abortion. Of course, these patients need careful surveillance after surgery.

Our data also confirmed the previously known fact that general anesthesia, advanced age, and parity have been associated with increased incidence of uterine perforations during abortion. However, surgical experience and proper technique can reduce the risk of the perforation, even in these high-risk cases.[7] We recommend a preoperative linear or vaginal ultrasound scanning and careful bimanual pelvic examination under suitable anesthesia. We suggest the use of Pratt dilators without uterine sounding. The suction cannula should only be passed through the internal os of the cervix, and the conceptus should be sucked from this position. The curettage should always be gentle and only to confirm the intended result. An optimally evacuated uterus after abortion seldom bleeds, and the use of uterotonics is recommended rather than repeat over-zealous curettage. Reinsertion of the Pratt dilator for uterine mobilization before laparoscopy should not increase the risk of perforation if it is securely attached to the tenaculum and not passed significantly beyond the internal os of the cervix.

In conclusion, we feel that most uterine perforations during first-trimester abortions go unrecognized and untreated. Therefore we suggest restraint and observation in managing recognized perforations, unless intra-abdominal contents have been brought through the cervix. Careful postoperative monitoring in the recovery room and instructions after discharge will help identify patients requiring more invasive treatment. Our experiences suggest that premature exploratory laparotomies after uterine perforations are unnecessary. We recognize that in the current medicolegal climate, it is a hard decision to make, but a well-balanced judgment in this critical time period on the part of the physician will benefit the overwhelming majority of young women seeking first-trimester abortions.

## REFERENCES

1. Nathanson BN. Management of uterine perforations suffered at elective abortion. AM J OBSTET GYNECOL 1972; 114:1054.
2. Moberg PJ. Uterine perforation in connection with vacuum aspiration in legal abortion. Int J Gynecol Obstet 1976; 14:77.
3. Mittal S, Misra SL. Uterine perforation following medical termination of pregnancy by vacuum aspiration. Int J Gynecol Obstet 1985;23:45.
4. White MK, Ory HW, Goldenberg LA. A case-control study of uterine perforations documented at laparoscopy. AM J OBSTET GYNECOL 1977;129:623.
5. Chi IC, Feldblum P. Uterine perforation during sterilization by laparoscopy and minilaparotomy. AM J OBSTET GYNECOL 1981;139:735.
6. Lauersen NH, Birnbaum S. Laparoscopy as a diagnostic and therapeutic technique in uterine perforations during first-trimester abortions. AM J OBSTET GYNECOL 1977; 117:522.
7. Grimes DA, Shulz KF, Cates W. Prevention of uterine perforation during curettage abortion. JAMA 1984;251:2108.

# EXHIBIT D

184 | *Complications: Abortion's Impact on Women*

## UTERINE PERFORATION

The rate of uterine perforation during induced abortion was reported by the Royal College of Obstetricians and Gynaecologists as moderate—from one to four per 1000 (0.1-0.4 per cent).[1] Elsewhere Leibner notes "Although uterine perforation with intra-abdominal injury is a well-described complication of vacuum aspiration termination of pregnancy, most post-abortion perforations go undetected."[2] Women may remain asymptomatic or may develop abdominal discomfort many weeks after the abortion, which may signal damage to surrounding organs such as the small bowel.

Kaali and colleagues discovered this to be true during a study of 6408 first-trimester abortions.[3] They found that the resulting true uterine perforation rate was actually about seven times higher than practitioners typically suspected. They suspected a rate of 2.8 per 1000 procedures if "the instrument was passed beyond the expected distance." However, Kaali also checked the number of perforations found in patients whose abortions were performed along with laparoscopic sterilization. They detected a perforation rate of 15.6 per 1000 procedures, which was "sevenfold higher than the perforation rate recognized with traditional methods" (i.e., surgeon's suspicion and patients' symptoms). They also noted that "…most traumatic uterine perforations during first-trimester abortions are unreported or even unsuspected."[4] The presence of such injuries is only detected later when scarring prevents implantation of a subsequent pregnancy or when women have difficulty conceiving or carrying a pregnancy to term.

This raises the question, what happens to women who have an abortion without sterilization by laparoscopy? It may be assumed that their rate of undetected perforation is also seven times higher than conventionally expected. But, insofar as they were not also sterilized, they would not likely know about it; nor would they know that this complication could impair their fertility. Untreated uterine perforations may produce scar tissue that can affect the implantation of an embryo in a future pregnancy.

1      Niinimaki, Pouta, Bloigu, et al. See Chapter 6, n. 15. This rate included studies by Zhou (rate: 2.3/1000), and an Australian study (rate 0.86/1000): Pridmore BR and Chambers DG. Uterine perforation during surgical abortion: a review of diagnosis, management and prevention. Aust N Z J Obstet Gynaecol 1999 August; 39(3): 349-53.

2      Leibner EC. Delayed presentation of uterine perforation. Annals of Emergency Medicine 1995 November; 26(5): 643-6, p. 643.

3      Kaali SG, SzigetvariIA and Bartfai GS. The frequency and management of uterine perforations during first-trimester abortions. AJOG 1989 August; 61(2): pp. 406-8.

4      Ibid., p. 407.

168 | *Complications: Abortion's Impact on Women*

## PELVIC INFLAMMATORY DISEASE

Pelvic Inflammatory Disease (PID) is a general term used for an infection of the uterus lining (endometritis), of the uterine fallopian tubes (salpingitis), or of the ovaries. PID occurs when bacteria from the vagina or cervix moves up into the uterus, uterine tubes, or ovaries. "Pelvic inflammatory disease is an important consequence of both STIs [sexually-transmitted infections] and medical procedures that breach the cervical barrier,"[1] such as induced abortion.

It has been noted that women can contract infection "after surgical or medical abortion secondary to operative injury or retained products of conception (RPOC)," or that infection can come from "preexisting infections such as *Neisseria gonorrhea, chlamydia trachomatis,* and *Trichomonas vaginalis* or bacterial vaginosis (BV),"[2] which move from the lower to upper genital tract during an induced abortion. Mead noted that "infection after abortion is an ascending process, occurring more commonly in the presence of retained products of conception or operative trauma. Perforation of the uterus, with or without bowel injury, may be followed by severe infection."[3] There are also reports of Clostridia sordellii infections after medical abortions, which have resulted in fatalities of young and healthy women.[4]

Many different rates of infection following an abortion have been documented. A British study reported a range of five to ten per cent.[5] The Royal College of Obstetricians and Gynaecologists (RCOG) guidelines report a high risk of genital tract infection, including pelvic inflammatory disease, in up to ten per cent of cases of induced abortion.[6] It is difficult to arrive at a precise rate of infection following abortion because the definition of infection varies from one study to another, and from one country to another. American clinical guidelines report an infection rate of only 0.01 to 2.44 per cent.[7]

---

1    Dayan L. Pelvic inflammatory disease. Australian Family Physician 2006; 35(11): p. 861.

2    Rahangdale L. Infectious complications of pregnancy termination. Clinical Obstetrics and Gynecology 2009; 52(2): 198-204, p. 198.

3    Mead PB, Hager WD and Faro S, eds. *Protocols for infectious diseases in obstetrics and gynecology,* 2nd ed. Malden, MA: Blackwell Science, 2000: p. 124.

4    Lipworth, Katsouyani, Ekbom, et al. See Chapter 7, n. 34.

5    Penney GC, Thomson M, Norman J, et al. A randomised comparison of strategies for reducing infective complications of induced abortion. BJOG 1998; 105(6): 599-604.

6    Royal College of Obstetricians and Gynaecologists. *The care of women requesting induced abortion. Evidence-Based Clinical Guideline* 7, 2011: p. 42.

7    Achilles and Reeves. See Chapter 6, n. 57.

# EXHIBIT E

DOI: 10.1111/j.1471-0528.2009.02278.x
www.bjog.org

**Systematic review**

# Induced termination of pregnancy and low birthweight and preterm birth: a systematic review and meta-analyses

**PS Shah,[a,b] J Zao[a] on behalf of Knowledge Synthesis Group of Determinants of preterm/LBW births***

[a] Department of Paediatrics, Mount Sinai Hospital and [b] Department of Paediatrics, University of Toronto, Toronto, ON, Canada
*Correspondence:* Dr Prakesh S Shah, Department of Paediatrics, Mount Sinai Hospital, 775A—600 University Avenue, Toronto, ON, Canada
M5G 1X5. Email pshah@mtsinai.on.ca

Accepted 19 May 2009.

**Background** History of induced termination of pregnancy (I-TOP) is suggested as a precursor for infant being born low birthweight (LBW), preterm (PT) or small for gestational age (SGA). Infection, mechanical trauma to the cervix leading to cervical incompetence and scarred tissue following curettage are suspected mechanisms.

**Objective** To systematically review the risk of an infant being born LBW/PT/SGA among women with history of I-TOP.

**Search strategy** Medline, Embase, CINAHL and bibliographies of identified articles were searched for English language studies.

**Selection criteria** Studies reporting birth outcomes to mothers with or without history of induced abortion were included.

**Data collection and analyses** Two reviewers independently collected data and assessed the quality of the studies for biases in sample selection, exposure assessment, confounder adjustment, analytical, outcome assessments and attrition. Meta-analyses were performed using random effect model and odds ratio (OR), weighted mean difference and 95% confidence interval (CI) were calculated.

**Main results** Thirty-seven studies of low–moderate risk of bias were included. A history of one I-TOP was associated with increased unadjusted odds of LBW (OR 1.35, 95% CI 1.20–1.52) and PT (OR 1.36, 95% CI 1.24–1.50), but not SGA (OR 0.87, 95% CI 0.69–1.09). A history of more than one I-TOP was associated with LBW (OR 1.72, 95% CI 1.45–2.04) and PT (OR 1.93, 95% CI 1.28–2.71). Meta-analyses of adjusted risk estimates confirmed these findings.

**Conclusions** A previous I-TOP is associated with a significantly increased risk of LBW and PT but not SGA. The risk increased as the number of I-TOP increased.

**Keywords** Birth outcomes, infant-low birthweight, infant-premature, therapeutic termination of pregnancy.

*Please cite this paper as:* Shah P, Zao J on behalf of Knowledge Synthesis Group of Determinants of preterm/LBW births. Induced termination of pregnancy and low birthweight and preterm birth: a systematic review and meta-analyses. BJOG 2009;116:1425–1442.

## Background

Low birthweight (LBW) and preterm (PT) births are public health issues with physical, emotional, psychological and financial impact.[1] The research to identify relative contribution of various factors leading to preterm births spans several decades. First or even second-trimester-induced termination of pregnancy (I-TOP) are often considered minor and benign procedures; however, some studies report significant consequences to childbearing

potentials and possibilities of LBW and PT births. Current theories linking previous I-TOP to PT/LBW births include (a) overt or covert infection following I-TOP,[2] (b) mechanical trauma to the cervix leading to increased risk of cervical insufficiency[3] and (c) surgical procedures including curettage resulting in scarred tissue that may increase the probability of faulty placental implantation and subsequent placenta previa.[4] It is also likely that circumstances that made women to choose I-TOP such as socio-economic status may lead to LBW. Women who chose I-TOP may be inherently different from women who continue pregnancy and may be a risk factor for adverse pregnancy outcomes.

---

* Members of Knowledge Synthesis Group of Determinants of LBW/preterm births are listed in the Appendix.

---

© 2009 The Authors  Journal compilation © RCOG 2009 BJOG An International Journal of Obstetrics and Gynaecology

Shah, Zao

Thorp et al.[5] in a review of 24 studies, stated that in 12 studies that reported on the I-TOP and PT births, the risk ratios for PT births ranged from 1.3 to 2.0. A dose–response relationship was observed in seven studies, with the risk increasing as the number of abortions increased. The remaining 12 studies reported no such association. Cumulative risk was not quantified.

We asked the following questions:

1 Are women with a history of I-TOP at an increased risk of adverse pregnancy outcomes compared to women without such history?
2 Is there an increase in adverse outcomes with increasing number of I-TOP, that is, 'dose–response gradient'?
3 Is there a difference in the risk of adverse outcomes between different methods of I-TOP?

## Methods

We followed the Meta-analyses of Observational Studies in Epidemiological Studies (MOOSE) criteria[6] for this meta-analysis. The data were extracted from published manuscripts and thus, no Ethics Board approval was obtained.

### Objectives

To systematically review the risk of LBW, PT and SGA births among the following:

1 Women with history of one I-TOP versus women without history of I-TOP
2 Women with history of more than one I-TOP versus women without history of I-TOP
3 Women who had I-TOP using different methods of I-TOP

### Criteria for considering studies for this review

Observational studies that assessed the association between I-TOP and the outcomes of LBW, PT and SGA births were included. A study was included if it provided adequate information on the method of ascertainment of the history of I-TOP and its effects on any of the outcomes of interest. We only included information available from the publications and did not contact primary authors. Studies were included only if there was a comparative cohort. Studies published only as abstracts were not included. Studies or data on spontaneous TOP were not included as they were considered mostly to be beyond women's control.

### Types of studies

Observational cohort studies with matched, unmatched or historical controls; longitudinal studies; and case–control studies were included. Reports of data from National or local Vital Statistics not published as peer-reviewed article were not included.

### Types of participants

Women who had live births were included (stillbirths were excluded as often their maturity and weight are not accurately recorded).

### Assessment of exposure

Maternal I-TOP in most instances was elicited during history. Further details on maternal characteristics were ascertained from medical records, hospital records, administrative databases, national databases or vital registers and were included.

### Types of outcome measures

1 Low birthweight: Defined as birthweight <2.5 kg
2 Preterm birth: Defined as gestational age <37 weeks
3 Small for gestational age: Defined as birthweight <10th centile for gestational age
4 Birthweight in grams
5 Gestational age in weeks

### Search strategy for identification of studies

Electronic databases (Medline, Embase and CINAHL) were searched from their inception until August 2008 for all published studies in the English language. The search terms were modified according to database requirements. The reference lists of the identified articles were reviewed to locate further eligible studies. The articles were scanned initially based on titles and abstracts by two authors (PS and JZ) using a study relevance form. Selected articles were retrieved in full and were assessed for eligibility by two authors (PS and JZ). Discrepancies were resolved by consensus. Search terms used were: *low birthweight; premature birth; small for gestational age; mother; growth, intrauterine; high-risk pregnancy; infant, premature; infant, newborn; pregnancy; abortion; abortion, induced; pregnancy termination; induced labour, first trimester, and second trimester.*

### Methods of the review

*Data extraction*

Data from each eligible study were extracted without modification of original data onto custom-made data collection forms by both authors. Discrepancies were resolved by consensus. For some studies, numbers were calculated from the available information. Information of confounders adjusted and adjusted risk estimates (adjusted odds ratios) were collected when available.

*Assessment of quality of included studies*

The methodological quality of studies was assessed using a pre-defined checklist (Table S1) by two authors (PS and JZ). Discrepancies were resolved by consensus.

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

*Data synthesis*
We first included unadjusted data for this review addressing all questions. Traditional with other meta-analyses, no adjustment for multiple analyses was made. Weighting of the studies was calculated based on the inverse variance method. Meta-analytic software (Revman from the Cochrane Collaboration) was used.[7] The random effect model was chosen because it accounts for between studies and within studies variability as we expected a degree of clinical and statistical heterogeneity among the studies. For categorical measures, odds ratio (OR) is reported and for continuous measures, weighted mean differences (WMD) were used. Summary estimates with 95% confidence interval (CI) were calculated. If the variable was identified as significant, the population attributable risk (PAR) was calculated.

Some authors have reported both adjusted and unadjusted risks in their population controlling for confounders perceived (or statistically proven) to have effect on the summary estimate. We pooled data from these studies and performed random effects model meta-analyses using generic inverse variance method.[8]

*Heterogeneity and publication bias assessment*
Clinical heterogeneity was assessed and reported in the table of included studies. We planned a subgroup analyses based on whether the I-TOPs were performed using vacuum aspiration or were medically induced. Sensitivity analysis was planned by dividing studies in two groups (before and after midway between years of publication). Statistical heterogeneity was assessed and $I$-squared ($I^2$) values were calculated.[9] Funnel plots were assessed to explore the possibility of publication bias.

## Results

### Description of studies
The results of the search, the study selection log and the number of studies are reported (Figure 1). Thirty-seven studies were included in this review.[4,10–45] Thirty-two studies were excluded: Seven studies[3,46–51] reported no neonatal outcome, seven studies[52–58] reported combined spontaneous and I-TOP data, five studies[59–63] had no comparator group, four reports[5,64–66] were reviews, three studies[67–69] reported on very preterm and moderately preterm data only, two studies[70,71] reported on specific population only, two studies[72,73] had already included data from other reports, one report[74] was a duplicate publication and for one study,[75] data were not ascertainable. Baseline characteristics of included studies are reported in Table 1.

### Methodological quality of included studies
The results of the quality assessments are reported in Table 2. Most studies had low to moderate risk of bias. Studies were likely to have recall bias or bias because of incorrect information provided by women when asked about reproductive history because of stigma associated with TOP.

### Data from individual studies
Data from the study by Lumley[26] were presented in graphical format only; thus, they are not included in any of the meta-analyses. Lumley reported with increasing risk of preterm births at 20–27 weeks, 28–31 weeks and 32–36 weeks GA with increasing number of I-TOPs. The incidences of LBW, PT, SGA and mean birthweight and mean gestational



**Figure 1.** Study selection log.

© 2009 The Authors  Journal compilation © RCOG 2009 BJOG An International Journal of Obstetrics and Gynaecology

Shah, Zao

**Table 1.** Characteristics of included studies

| Author | Year of study | Place of study | Population | Setting | Exposure assessment | Method of abortion | Confounders adjusted | Remarks |
|---|---|---|---|---|---|---|---|---|
| Ancel et al.[4] | 1994–97 | 10 European Countries | Infants (cases- preterm and control-term births) | Multicentre | Maternal interview at the time of delivery | NR | Maternal age, marital status, social class, smoking, parity and country | |
| Bracken et al.[10] | 1980–82 | Greater New Haven area, US | Pregnant women residing in the area | Single centre | Delivery record | NR | Ethnicity, age, smoking and exposure to diethylstilbestrol | |
| Che et al.[11] | 1993–98 | China | Low risk pregnant women | 15 centres in China | Interview before 16 weeks | 98% vacuum aspiration | Year of recruitment, parental age, occupation, education, contraceptive use, maternal BMI, mode of delivery | Reference cohort more educated and had more white collar jobs |
| Daling and Emanuel[12] | 1965–68 | Taipei, Taiwan | Pregnant women in the hospital | Single centre | Maternal history | D & C | None | |
| Daling and Emanuel[13] | 1972–76 | Seattle, US | Pregnant women in hospital | Single centre | Medical records | NR | None | |
| El-Bastawissi et al.[14] | 1994–95 | Seattle, US | Case: preterm births Control: term births | Single centre | Medical records | NR | Maternal age, ethnicity, smoking, Medicaid payment status, parity | |
| Frank et al.[15] | 1976–79 | England, Scotland and Wales | Cases: Women undergoing induced abortion Controls: No abortion | General practices in Britain | Prospective collection | 82% Vacuum aspiration, 6% D & C, 11% instillation of medication | Age, marital status, gestation at entry | Study and control group differed for all three confounders |
| Harlap and Davies[16] | 1966–68 | West Jerusalem, Israel | All births in the area and hospital | Single centre/area | Interview and birth certificate | NR | Multiple confounders adjusted | |
| Henriet and Kaminski[17] | 1995 | France | Singleton live births | National sample | Medical records and postpartum interviews | NR | Maternal age, parity, past history, pre-pregnancy weight, marital status, education, employment, nationality, smoking, antenatal care | |

Induced termination of pregnancy and birth outcomes

**Table 1.** (Continued)

| Author | Year of study | Place of study | Population | Setting | Exposure assessment | Method of abortion | Confounders adjusted | Remarks |
|---|---|---|---|---|---|---|---|---|
| Hogue[18] | 1968–69 | Macedonia, Yugoslavia | Case: Previous abortion Control: Previous term pregnancy | Single centre | Hospital records and interviews | 54% vacuum aspiration, 20% D & C, 5% saline administration, 6% combination and 16% unknown | Income, smoking | |
| Koller and Eikhom[19] | 1972–74 | Bergen, Norway | Women with history of previous abortion compared with women with previous live births | Single centre | Medical records | Dilatation and curettage, aspiration and hypertonic saline (numbers unknown) | None | Younger women in abortion group |
| Lao and Ho[20] | 1993–96 | Hong Kong | Teenage singleton pregnant women | Single centre | Medical records | Suction and evacuation in first trimester and prostaglandin pessaries in second trimester (numbers unknown) | None | |
| Lekea-Karanika et al.[21] | 1983 | Greece | All births | National | Maternal interview | NR | Previous miscarriage, bleeding during pregnancy | |
| Lekea-Karanika and Tzoumaka-Bakoula[22] | 1983 | Greece | All births | National | Maternal interview | NR | Previous miscarriage, bleeding during pregnancy | |
| Linn et al.[23] | 1977–80 | Boston, US | Postpartum women | Single centre | Maternal interview | NR | Age, ethnicity, smoking, economic status, parity | |
| Lopes et al.[24] | 1985–89 | Hong Kong | Cases: Women who had ≥2 abortions Control: Primipara | Single centre | Medical records | NR | None | |
| Lumley[25] | 1982–83 | Victoria, Australia | BW >500 g | Multicentre | Medical records State-wide | NR | Maternal age | |
| Lumley[26] | 1983–92 | Victoria, Australia | All first singleton births | State-wide | surveillance data | NR | None | |
| Mandelin and Karjalainen[27] | Can't tell | Helsinki | Singleton, gravidity ≤3, known last menstrual date, no medical complications, | Multicentre | History, delivery records | 50% vacuum aspiration, 35% D&C, 8% hysterotomy, 7% saline or prostaglandin | None | |

Shah, Zao

**Table 1.** (Continued)

| Author | Year of study | Place of study | Population | Setting | Exposure assessment | Method of abortion | Confounders adjusted | Remarks |
|---|---|---|---|---|---|---|---|---|
| Mandelson et al.[28] | 1984–87 | Washington, US | White women, sampled for no history of abortion and history of one abortion and all women with >1 abortion | Multicentre | Birth record | NR | Maternal age, marital status, smoking, income, trimester of initiation of prenatal care | |
| Martius et al.[29] | 1994 | Bavaria | All singleton births in the country | Multicentre | National surveillance data | NR | Gravidity, previous abortion, uterine surgery, medical complications, type of work, urinary tract infection, hypotension | |
| Meirik et al.[30] | 1970–75 | Uppsala County, Sweden | Cases: First birth after a notified legal abortion in first trimester in parous women Controls: matched for parity, hospital and year of birth | Single centre | Birth register | All vacuum aspiration | Marital status, smoking | |
| Meirik and Bergstrom[31] | 1970–75 | Uppsala, Sweden | Cases: First birth after a notified legal abortion in first trimester in nulliparous women Controls: Two controls matched for parity, hospital and year of birth | Single centre | Birth register | All vacuum aspiration | Marital status, smoking | |
| Meirik and Nygrn[32] | 1970–75 | Uppsala, Sweden | Cases: First birth after a notified legal abortion in second trimester Controls: matched for parity, hospital and year of birth | Single centre | Birth register | All—Instillation of saline or prostaglandin followed by D & C | Parity | |
| Obel[33] | 1974–75 | Denmark | All women registered for delivery | Two-centres | Maternal interview | 79% vacuum aspiration, 9% D & C and 12% other methods | Age, socioeconomic status and parity | |

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

**Table 1.** (Continued)

| Author | Year of study | Place of study | Population | Setting | Exposure assessment | Method of abortion | Confounders adjusted | Remarks |
|---|---|---|---|---|---|---|---|---|
| Pantelakis et al.[34] | 1966–68 | Athens, Greece | All women admitted for delivery | Single centre | Maternal survey at admission to delivery | NR | None | |
| Papaevangelou et al.[35] | 1969–70 | Athens, Greece | Singleton, >24 weeks GA and >500 g BW | Single centre | History and medical records | NR | None | |
| Park et al.[36] | 1979–81 | Hang Kwa Island, Korea | Women registered with family health workers | Three cities | Pregnancy and household records | NR | Parity, education, contraceptive use | |
| Pickering and Forbes[37] | 1980–81 | Scotland | Cases: History of ≥1 induced abortion Controls: No history of abortion | Multicentre | Medical register | NR | Maternal age, height, sex of infant, marital status and social class | Study group women were older |
| Raatikainen et al.[38] | 1989–01 | Kuopio, Finland | All singleton pregnancies without significant fetal anomaly | Single centre | Maternal interview and delivery record | 94% Vacuum aspiration followed by D & C, 6% Misoprostol or mifepristone | Maternal age, weight, marital status, education, employment, smoking, alcohol consumption, parity, use of intrauterine device, uterine surgery, diabetes, toxaemia, and gravidity | Women in study group more overweight, smoked and used alcohol, high parity, higher use of intrauterine devices |
| Roht and Aoyama[39] | 1971 | Kochi prefecture, Japan | Women of 20–44 years of age | Single centre | Survey, interview and delivery record | NR | None | Groups differ in age and duration of marriage |
| Schoenbaum et al.[40] | 1975–76 | Boston, US | All pregnant women | Single centre | Medical record | NR | None | Induced abortion had more black, single, and younger, women, had less formal education and delayed prenatal care |
| Seidman et al.[41] | 1974–76 | Jerusalem, Israel | All singleton pregnant women | Multicentre | Postpartum interviews | NR | Multiple demographic factors adjusted | |
| Van der Slikke and Treffers[42] | 1972–76 | Amsterdam | Singleton pregnant without fetal anomaly | Multicentre | Maternal history and new born examination | NR | None | |
| W.H.O. Task Force[43] | Can't tell | Eight European cities | Singleton, uncomplicated pregnancy with live birth | Multicentre | Maternal history | 65% D & C, 35% vacuum aspiration | None | Cities were clustered depending upon method of abortion |

Shah, Zao

**Table 1.** (Continued)

| Author | Year of study | Place of study | Population | Setting | Exposure assessment | Method of abortion | Confounders adjusted | Remarks |
|---|---|---|---|---|---|---|---|---|
| Zhou et al.[44] | 1980–82 | Denmark | Aged 15–44, all primigravida | Multicentre | Medical birth register | 92% vacuum aspiration, 7% D & C, <1% had other methods | None | Younger maternal age in abortion cohort |
| Zhou et al.[45] | 1995 | Denmark | Singleton, uncomplicated pregnancy | Multicentre | National register | 92% vacuum aspiration, 7% D & C, <1% had other methods | Maternal age, residence, inter-pregnancy interval, fetal sex | Study groups were younger |

BMI, body mass index; D & C, dilatation and curettage; PTB, preterm birth; NR, not reported.

age for individual studies are reported in tables in the Supporting Information.

*Women with a history of one previous I-TOP versus women without such history*

Individual data from studies on LBW and PT are described in Tables S2–S4. The results of the adjusted and unadjusted meta-analyses of LBW and PT are described in Table 3 and Figures 2 and 3. The results of meta-analyses of SGA birth (Table 3 and Figure S1), mean BW (Table S5, Figure S2) and mean GA (Table S6, Figure S2). There was no significant difference in the mean birthweight (6 studies, 6306 participants, WMD 23 g, 95% CI −21, 66 g, $I^2$=51%,) or mean gestational age (seven studies, 5162 participants, WMD −0.07 week, 95% CI −0.21, 0.07 week, $I^2$=0%) of infants born to women with a history of one I-TOP compared to women without such history.

*Women with a history of more than one previous I-TOP versus women without a history of previous I-TOP*

The results of the adjusted and unadjusted meta-analyses are reported in Table 3 and Figures 4 and 5. The results of meta-analyses of SGA birth (Table 3 and Figure S3), mean BW (Table S4, Figure S4) and mean GA (Table S5, Figure S4). There was no significant difference in the mean birthweight (4 studies, 2957 participants, WMD −15 g, 95% CI −81, 52 g, $I^2$=22%, Table S5) or mean gestational age (3 studies, 2077 participants, WMD 0.01 week, 95% CI −0.23, 0.26 week, $I^2$=0%, Table S6) of infants born to women with a history of >1 I-TOP compared to women without a history of I-TOP.

## Meta-analyses of adjusted data

Compared to women with no history of I-TOP, women who had a history of one I-TOP had higher odds of LBW births, but confidence limit included 1 (10 studies,[11,15,17,22,23,28,30,32,38,45] OR 1.24, 95% CI 1.00, 1.53; Figure 2), increased odds of PT births (13 studies,[4,11,14,15,17,21,23,29–31,37,38,44] OR 1.27, 95% CI 1.12, 1.44; Figure 3). Compared to women with no history of I-TOP, women who had a history of more than one I-TOP had higher odds of LBW births (5 studies,[17,23,28,38,45] OR 1.47, 95% CI 1.24, 1.73; Figure 4), PT births (7 studies,[4,14,17,23,37,38,44] OR 1.62, 95% CI 1.27, 2.07; Figure 5). Meta-analyses results of SGA births are reported in Figures S1 and S3.

## Subgroup and sensitivity analyses

Thirteen reports provided data on different methods of I-TOP.[11,12,15,18,27,30–33,38,43–45] Of these, four provided data on the methods of I-TOP but did not correlate them with outcomes.[15,27,33,38] Compared to women with no history

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

Induced termination of pregnancy and birth outcomes

**Table 2.** Quality assessments of included studies

| Author year | Type of study | Selection bias | Exposure assessment bias | Outcome assessment bias | Confounding factor bias | Attrition bias | Analytical bias | Overall risk of bias |
|---|---|---|---|---|---|---|---|---|
| Ancel et al.[4] | Case–control study | Low | None | None | None | None | Moderate | Moderate |
| Bracken et al.[10] | Cohort study with unmatched concurrent controls | None | None | None | Low | Low | Low | Low |
| Che et al.[11] | Cohort study with unmatched concurrent controls | None | None | None | None | None | Low | Low |
| Daling and Emanuel[12] | Case–control study | None | Can't tell | Can't tell | Moderate | Low | Moderate | Moderate |
| Daling and Emanuel[13] | Case–control study | Low | None | None | Moderate | Low | Moderate | Moderate |
| El-Bastawissi et al.[14] | Case–control study | None | None | None | None | None | Low | Low |
| Frank et al.[15] | Cohort study with unmatched concurrent controls | None | None | None | Low | Moderate | Low | Low |
| Harlap and Davies[16] | Cohort study with unmatched concurrent controls | Low | None | None | Moderate | Moderate | Low | Moderate |
| Henriet and Kaminski[17] | Cohort study with unmatched concurrent controls | None | None | None | None | Low | Low | Low |
| Hogue[18] | Cohort study with unmatched concurrent controls | Low | Moderate | None | Moderate | Moderate | Low | Moderate |
| Koller and Eikhom[19] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | None | Low | Moderate |
| Lao and Ho[20] | Case–control Study | Low | None | None | Moderate | None | Low | Moderate |
| Lekea-Karanika[21] | Cohort study with unmatched concurrent controls | Low | None | None | Low | Moderate | Moderate | Moderate |
| Lekea-Karanika and Tzoumaka-Bakoula[22] | Cohort study with unmatched concurrent controls | Low | None | None | Low | Moderate | Moderate | Moderate |
| Linn et al.[23] | Cohort study with unmatched concurrent controls | Moderate | None | None | None | None | Low | Low |
| Lopes et al.[24] | Case–control study | Low (exposure) | None | None | Moderate | None | Low | Moderate |
| Lumley[25] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | None | Low | Moderate |
| Lumley[26] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | None | Low | Moderate |
| Mandelin and Karjalainen[27] | Cohort study with matched concurrent controls | Low | None | None | Moderate | Low | Low | Moderate |

Shah, Zao

Table 2. (Continued)

| Author year | Type of study | Selection bias | Exposure assessment bias | Outcome assessment bias | Confounding factor bias | Attrition bias | Analytical bias | Overall risk of bias |
|---|---|---|---|---|---|---|---|---|
| Mandelson et al.[28] | Case–control study | Low | None | None | None | Low | Low | Low |
| Martius et al.[29] | Cohort study with unmatched concurrent controls | None | None | Low | None | Low | Low | Low |
| Meirik et al.[30] | Case–control study | None | None | None | Low | Low | Low | Low |
| Meirik and Bergstrom[31] | Case–control study | None | None | None | Low | Low | Low | Low |
| Meirik and Nygren[32] | Case–control study | None | None | None | Low | Low | None | Low |
| Obel[33] | Cohort study with matched concurrent controls | None | None | None | Moderate | Moderate | Low | Moderate |
| Pantelakis et al.[34] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | None | Low | Moderate |
| Papaevangelou et al.[35] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | None | Low | Moderate |
| Park et al.[36] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | None | Low | Moderate |
| Pickering and Forbes[37] | Cohort study with unmatched concurrent controls | None | None | None | None | None | Low | Low |
| Raatikainen et al.[38] | Cohort study with unmatched concurrent controls | Low | None | None | None | None | Low | Low |
| Roht and Aoyama[39] | Cohort study with unmatched concurrent controls | None | Low | None | Low | Moderate | Low | Moderate |
| Schoenbaum et al.[40] | Cohort study with unmatched concurrent controls | None | None | None | Moderate | Moderate | Low | Moderate |
| Seidman et al.[41] | Cohort study with unmatched concurrent controls | None | Can't tell | None | None | None | Low | Low |
| Van der Slikke and Treffers[42] | Cohort study with matched concurrent controls and cohort study with unmatched concurrent controls | None | Can't tell | None | Moderate | Low | Low | Moderate |
| W.H.O. Task Force[43] | Case–control Study | None | None | None | Moderate | Moderate | Low | Moderate |
| Zhou et al.[44] | Cohort study with unmatched concurrent controls | Moderate | Low | Low | Moderate | Low | Low | Moderate |
| Zhou et al.[45] | Cohort study with unmatched concurrent controls | None | None | Low | None | Moderate | Low | Moderate |

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

**Table 3.** Results of association of induced abortion and LBW/PT/SGA births

| Infant status | Results | History of one induced abortion versus no history of induced abortion | History of >1 induced abortions versus no history of induced abortions |
|---|---|---|---|
| LBW | Number of studies | 18 | 5 |
| | Participants | 280 529 | 49 347 |
| | Risk in exposed (%) | 6.4 | 7.9 |
| | Risk in non-exposed (%) | 4.9 | 5.0 |
| | UAOR (95% CI) | 1.35 (1.20, 1.52) | 1.72 (1.45, 2.04) |
| | PAR (%) | 3.8 | N/A |
| PT | Number of studies | 22 | 7 |
| | Participants | 268 379 | 158 421 |
| | Risk in exposed (%) | 8.7 | 21.8 |
| | Risk in non-exposed (%) | 6.8 | 7.8 |
| | UAOR (95% CI) | 1.36 (1.24, 1.50) | 1.93 (1.38, 2.71) |
| | PAR (%) | 3.2 | N/A |
| SGA | Number of studies | 3 | 2 |
| | Participants | 38 835 | 35 422 |
| | Risk in exposed (%) | 9.8 | 5.3 |
| | Risk in non-exposed (%) | 8.8 | 8.8 |
| | UAOR (95% CI) | 0.87 (0.69, 1.09) | 1.06 (0.84, 1.33) |

UAOR, unadjusted odds ratio.

of I-TOP, women who had I-TOP following vacuum aspiration had higher odds of LBW births (3 studies,[18,43,45] OR 1.69, 95% CI 1.22, 2.33; $I^2$=43%) but not PT births (5 studies,[11,30,31,43,45] OR 1.24, 95% CI 0.89, 1.74; $I^2$=77%). Compared to women with no history of I-TOP, women who had I-TOP following dilatation and curettage had higher odds of LBW births (3 studies,[18,32,43] OR 1.95, 95% CI 1.45, 2.62; $I^2$=0%) but not PT births (4 studies,[12,32,43,44] OR 1.35, 95% CI 0.88, 2.06; $I^2$=81%). No study has compared two methods directly. Sensitivity analyses revealed no difference in the risk associated with I-TOP when studies published before 1984 (OR 1.19 for LBW and OR 1.34 for PT birth) or after 1984 were pooled (OR 1.45 for LBW and OR 1.37 for PT birth).

### Heterogeneity assessment and publication bias

Clinical heterogeneity among studies is described in Table 1. Moderate statistical heterogeneity was identified in the meta-analyses ($I^2$=69% for LBW, 64% for preterm births, 63% for SGA births in analyses involving history of one I-TOP), which remained even after dividing studies in two era (before and after 1984). Funnel plot assessment revealed that most of the studies had effect estimates slightly lower or significantly higher than one (Figure S5). Analyses of funnel plots revealed that there is the potential of missing small sample-sized studies of higher risk of adverse outcomes associated with no history of I-TOP.

## Discussion

In this systematic review and meta-analyses of 37 studies, we identified significantly increased unadjusted and adjusted odds of LBW and PT births among women with a history of I-TOP compared to women without such a history. The risks of LBW and PT births increased with increasing numbers of I-TOPs. Subgroup analyses revealed higher unadjusted odds of LBW for both vacuum aspiration and dilatation and curettage methods of I-TOP; however, the number of studies reporting this information was small. There were clinical heterogeneities among the studies included in this review for exposure assessment (self-reporting, interview or database), setting (single institution based study versus national sample) and adjustment for confounders. Overall assessment of clinical characteristics of the included studies revealed a common underlying theme (assessment of risk of outcomes following one or more I-TOPs) in all studies and thus meta-analysis was justified. The impact on SGA births, birthweight and gestational age were explored only in few studies, which revealed no statistically significant difference, likely because of lack of power. The research spans more than three decades; however, the studies suggesting association and lack thereof between I-TOP and LBW or PT were identified both during early and late years.

Shah, Zao

## Unadjusted estimates



| Study or subgroup | No previous induced TOP Events | Total | One induced TOP Events | Total | Weight | Odds ratio (Nonevent) M-H, Random, 95% CI | Year |
|---|---|---|---|---|---|---|---|
| Roht 1974 | 161 | 2252 | 39 | 779 | 5.8% | 0.68 [0.48, 0.98] | 1974 |
| Hogue 1975 | 38 | 719 | 5 | 87 | 1.3% | 1.09 [0.42, 2.85] | 1975 |
| Daling 1977 | 16 | 285 | 18 | 271 | 2.3% | 1.20 [0.60, 2.40] | 1977 |
| Koller 1977 | 3 | 121 | 10 | 119 | 0.8% | 3.61 [0.97, 13.46] | 1977 |
| WHO 1979 | 93 | 2157 | 110 | 1513 | 7.2% | 1.74 [1.31, 2.31] | 1979 |
| Obel 1979 | 8 | 217 | 7 | 139 | 1.2% | 1.39 [0.49, 3.91] | 1979 |
| Schoenbaum 1980 | 64 | 1095 | 14 | 205 | 3.0% | 1.18 [0.65, 2.15] | 1980 |
| Linn 1983 | 569 | 8122 | 97 | 1342 | 8.6% | 1.03 [0.83, 1.29] | 1983 |
| Meirik 1984 | 4 | 127 | 7 | 139 | 0.8% | 1.63 [0.47, 5.71] | 1984 |
| Bracken 1986 | 22 | 880 | 15 | 286 | 2.5% | 2.16 [1.10, 4.22] | 1986 |
| Lumley 1986 | 6042 | 111453 | 679 | 7759 | 11.7% | 1.67 [1.54, 1.82] | 1986 |
| Seidman 1988 | 817 | 14857 | 145 | 1791 | 9.6% | 1.51 [1.26, 1.82] | 1988 |
| Mandelson 1992 | 85 | 1941 | 111 | 1944 | 7.1% | 1.32 [0.99, 1.77] | 1992 |
| Lekea-Karanika 1994 | 123 | 3357 | 94 | 1487 | 7.4% | 1.77 [1.35, 2.34] | 1994 |
| Lao 1998 | 10 | 118 | 11 | 118 | 1.5% | 1.11 [0.45, 2.72] | 1998 |
| Zhou 2000 | 2271 | 62360 | 698 | 13775 | 11.7% | 1.41 [1.29, 1.54] | 2000 |
| Henriet 2001 | 456 | 10608 | 81 | 1494 | 8.1% | 1.28 [1.00, 1.63] | 2001 |
| Raatikainen 2006 | 1140 | 24248 | 125 | 2364 | 9.4% | 1.13 [0.94, 1.37] | 2006 |
| **Total (95% CI)** | | **244917** | | **35612** | **100.0%** | **1.35 [1.20, 1.52]** | |

Total events: 11922 / 2266
Heterogeneity: Tau$^2$ = 0.03; χ$^2$ = 53.99, df = 17 ($P$ < 0.00001); I$^2$ = 69%
Test for overall effect: Z = 5.05 ($P$ < 0.00001)

## Adjusted estimates



| Study or subgroup | Log[Odds ratio] | SE | Weight | Odds ratio IV, Random, 95% CI | Year |
|---|---|---|---|---|---|
| Meirik 1982 | −0.4429 | 0.387445 | 5.1% | 0.64 [0.30, 1.37] | 1982 |
| Linn 1983 | −0.07257 | 0.116865 | 12.5% | 0.93 [0.74, 1.17] | 1983 |
| Meirik 1984 | −0.04082 | 0.274111 | 7.5% | 0.96 [0.56, 1.64] | 1984 |
| Frank 1985 | 0.329304 | 0.269672 | 7.7% | 1.39 [0.82, 2.36] | 1985 |
| Mandelson 1992 | 0.182322 | 0.130313 | 12.0% | 1.20 [0.93, 1.55] | 1992 |
| Lekea-Karanika 1994 | 0.593327 | 0.139117 | 11.8% | 1.81 [1.38, 2.38] | 1994 |
| Zhou 2000 | 0.641854 | 0.092578 | 13.2% | 1.90 [1.58, 2.28] | 2000 |
| Henriet 2001 | 0.09531 | 0.112712 | 12.6% | 1.10 [0.88, 1.37] | 2001 |
| Che 2001 | 0.530628 | 0.361496 | 5.5% | 1.70 [0.84, 3.45] | 2001 |
| Raatikainen 2006 | 0.029559 | 0.127842 | 12.1% | 1.03 [0.80, 1.32] | 2006 |
| **Total (95% CI)** | | | **100.0%** | **1.24 [1.00, 1.53]** | |

Heterogeneity: Tau$^2$ = 0.08; χ$^2$ = 41.71, df = 19 ($P$ < 0.00001); I$^2$ = 78%
Test for overall effect: Z = 1.96 ($P$ = 0.05)

**Figure 2.** Unadjusted and adjusted estimates of Low birthweight births among women with a history of one previous induced abortion versus no history of induced abortions.

There were heterogeneities among studies included in this systematic review (detailed in Table 1). First, for majority of these studies, a history of I-TOP was obtained by maternal self-reporting. Stigma associated with abortion or social acceptance in different countries could have resulted in underreporting. Hogue[18] reported 63% of women denied past history of abortion when checked against hospital records, whereas Kline et al.[76] reported only 1.6% of women, both in cases and controls, denied previous abortion.

Second, it has been identified that women with a history of I-TOP were unmarried, young and from socio-economically disadvantaged group.[11,15,19,38,40,44,45,72] These confounders differ for different timing of seeking abortion (first or second trimester). Certain studies controlled for confounders, whereas other studies failed to do so (Table 1). Even the confounders controlled in studies varied. As suggested by Peters and Mengersen,[8] we pooled unadjusted and adjusted data for all outcomes. Marginally lower than unadjusted estimates were identified; however, the results remained clinically significant. This may not be the ideal way of combining data as different studies adjusted for different factors; however, it provides an indication regarding some degree of robustness.

Third, we identified lack of small studies of either nonsignificance or of adverse effects of I-TOP. This method for assessment of publication bias is exploratory and indirect and may be the result of location of literature, language of publication, citation issues and sample size of the study. No adjustment for publication bias was made in the analyses.

### Unadjusted estimates



| Study or subgroup | No previous induced TOP Events | Total | One induced TOP Events | Total | Weight | Odds ratio (Nonevent) M-H, Random, 95% CI | Year |
|---|---|---|---|---|---|---|---|
| Pantelakis 1973 | 261 | 3271 | 251 | 1508 | 6.9% | 2.30 [1.91, 2.77] | 1973 |
| Papaevangelou 1973 | 314 | 2550 | 133 | 731 | 6.2% | 1.58 [1.27, 1.98] | 1973 |
| Daling 1975 | 81 | 758 | 83 | 758 | 4.4% | 1.03 [0.74, 1.42] | 1975 |
| Daling 1977 | 16 | 285 | 25 | 271 | 1.7% | 1.71 [0.89, 3.28] | 1977 |
| Van der Slikke 1978 | 555 | 3167 | 53 | 265 | 4.6% | 1.18 [0.86, 1.61] | 1978 |
| WHO 1979 | 99 | 1945 | 109 | 1407 | 5.1% | 1.57 [1.18, 2.07] | 1979 |
| Obel 1979 | 12 | 217 | 16 | 280 | 1.3% | 1.04 [0.48, 2.24] | 1979 |
| Mandelin 1979 | 29 | 427 | 26 | 269 | 2.2% | 1.47 [0.84, 2.55] | 1979 |
| Meirik 1982 | 25 | 666 | 37 | 776 | 2.4% | 1.28 [0.76, 2.16] | 1982 |
| Linn 1983 | 536 | 8122 | 102 | 1342 | 6.2% | 1.16 [0.93, 1.45] | 1983 |
| Meirik 1983 | 39 | 622 | 40 | 670 | 2.9% | 0.95 [0.60, 1.50] | 1983 |
| Meirik 1984 | 3 | 127 | 8 | 142 | 0.5% | 2.47 [0.64, 9.51] | 1984 |
| Park 1984 | 20 | 574 | 4 | 107 | 0.7% | 1.08 [0.36, 3.21] | 1984 |
| Frank 1985 | 131 | 1075 | 70 | 470 | 4.6% | 1.26 [0.92, 1.72] | 1985 |
| Lekea Karanika 1990 | 199 | 2984 | 125 | 1407 | 5.9% | 1.36 [1.08, 1.72] | 1990 |
| Martius 1998 | 6858 | 103245 | 251 | 2532 | 7.9% | 1.55 [1.35, 1.77] | 1998 |
| Zhou 1999 | 2377 | 62350 | 774 | 1775 | 8.7% | 1.50 [1.38, 1.63] | 1999 |
| Henriet 2001 | 443 | 10536 | 83 | 1487 | 5.8% | 1.35 [1.06, 1.71] | 2001 |
| Che 2001 | 43 | 1351 | 48 | 1356 | 3.3% | 1.12 [0.73, 1.70] | 2001 |
| El-Bastawissi 2003 | 209 | 521 | 64 | 133 | 3.7% | 1.38 [0.94, 2.03] | 2003 |
| Ancel 2004 | 2335 | 6324 | 389 | 964 | 7.8% | 1.16 [1.01, 1.33] | 2004 |
| Raatikainen 2006 | 1503 | 24248 | 173 | 2364 | 7.3% | 1.19 [1.01, 1.41] | 2006 |
| **Total (95% CI)** | | **235365** | | **33014** | **100.0%** | **1.36 [1.24, 1.50]** | |
| Total events | 16088 | | 2864 | | | | |

Heterogeneity: Tau$^2$ = 0.02; χ$^2$ = 59.12, df = 21 (P < 0.00001); I$^2$ = 64%
Test for overall effect: Z = 6.45 (P < 0.00001)

### Adjusted estimates



| Study or subgroup | Log[odds ratio] | SE | Weight | Odds ratio IV, Random, 95% CI | Year |
|---|---|---|---|---|---|
| Meirik 1982 | 0.198851 | 0.364233 | 2.4% | 1.22 [0.60, 2.49] | 1982 |
| Linn 1983 | 0.067659 | 0.113136 | 8.7% | 1.07 [0.86, 1.34] | 1983 |
| Meirik 1983 | −0.05129 | 0.233748 | 4.6% | 0.95 [0.60, 1.50] | 1983 |
| Frank 1985 | 0.122218 | 0.183201 | 6.0% | 1.13 [0.79, 1.62] | 1985 |
| Pickering 1985 | 0.300105 | 0.077208 | 10.2% | 1.35 [1.16, 1.57] | 1985 |
| Lekea-Karanika 1990 | 0.307485 | 0.118715 | 8.5% | 1.36 [1.08, 1.72] | 1990 |
| Martius 1998 | 0.262364 | 0.046159 | 11.3% | 1.30 [1.19, 1.42] | 1998 |
| Zhou 1999 | 0.636577 | 0.055117 | 11.0% | 1.89 [1.70, 2.11] | 1999 |
| Henriet 2001 | 0.262364 | 0.135364 | 7.8% | 1.30 [1.00, 1.69] | 2001 |
| Che 2001 | 0 | 0.233748 | 4.6% | 1.00 [1.63, 1.58] | 2001 |
| El-Bastawissi 2003 | 0.405465 | 0.212477 | 5.1% | 1.50 [0.99, 2.27] | 2003 |
| Ancel 2004 | 0.139762 | 0.075314 | 10.3% | 1.15 [0.99, 1.33] | 2004 |
| Raatikainen 2006 | 0.122218 | 0.092342 | 9.6% | 1.13 [0.94, 1.35] | 2006 |
| **Total (95% CI)** | | | **100.0%** | **1.27 [1.12, 1.44]** | |

Heterogeneity: Tau$^2$ = 0.03; χ$^2$ = 55.61, df = 12 (P < 0.00001); I$^2$ = 78%
Test for overall effect: Z = 3.76 (P = 0.0002)

**Figure 3.** Unadjusted and adjusted estimates of Preterm births among women with a history of one previous induced abortion versus no history of induced abortions.

Fourth, the methods used for abortion could vary in different studies. Subgroup analyses of vacuum aspiration and dilatation and curettage revealed a similar risk for LBW with either method. The risk for PT birth was not higher in subgroup analyses; however, only five studies reported outcomes based on the method of I-TOP. With recent changes in the use of medications (misoprostol and mifepristone),[38] laminaria tents[77] etc; it would be important to assess outcomes in subsequent pregnancies as the element of cervical trauma can be minimised with these techniques.

Studies have not reported size of dilators used for I-TOP to analyse the effect of cervical trauma related to size of dilators. Studies have also not reported GA at which I-TOP were carried out to analyse whether early I-TOP has different effect than late I-TOP.

Fifth, time following an I-TOP before the next pregnancy may be important.[74] The complications rates may be higher following early subsequent pregnancy than late pregnancies.[36] From the available studies, we were not able to ascertain this aspect.

Shah, Zao

**Unadjusted estimates**

| Study or subgroup | No induced TOP Events | Total | >1 induced TOP Events | Total | Weight | Odds ratio (Nonevent) M-H, Random, 95% CI | Year | Odds ratio (Nonevent) M-H, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Linn 1983 | 569 | 8122 | 37 | 359 | 23.3% | 1.53 [1.07, 2.17] | 1983 | |
| Bracken 1986 | 22 | 880 | 3 | 58 | 1.9% | 2.13 [0.62, 7.33] | 1986 | |
| Mandelson 1992 | 85 | 1941 | 190 | 2461 | 41.5% | 1.83 [1.40, 2.38] | 1992 | |
| Henriet 2001 | 456 | 10608 | 25 | 315 | 16.3% | 1.92 [1.26, 2.92] | 2001 | |
| Raatikainen 2006 | 1140 | 24248 | 25 | 355 | 17.0% | 1.54 [1.02, 2.32] | 2006 | |
| | | | | | | | | |
| Total (95% CI) | | 45799 | | 3548 | 100.0% | 1.72 [1.45, 2.04] | | |
| Total events | 2272 | | 280 | | | | | |

Heterogeneity: Tau² = 0.00; χ² = 1.32, df = 4 (P < 0.86); I² = 0%
Test for overall effect: Z = 6.27 (P < 0.00001)

0.5 0.7 1 1.5 2
No previous TOP   >1 induced TOP

**Adjusted estimates**

| Study or subgroup | Log[odds ratio] | SE | Weight | Odds ratio IV, Random, 95% CI | Year | Odds ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Linn 1983 | 0.223144 | 0.181135 | 22.2% | 1.25 [0.88, 1.78] | 1983 | |
| Mandelson 1992 | 0.405465 | 0.152509 | 31.3% | 1.50 [1.11, 2.02] | 1992 | |
| Zhou 2000 | 0.641854 | 0.186451 | 20.9% | 1.90 [1.32, 2.74] | 2000 | |
| Henriet 2001 | 0.336472 | 0.239354 | 12.7% | 1.40 [0.88, 2.24] | 2001 | |
| Raatikainen 2006 | 0.231112 | 0.236957 | 13.0% | 1.26 [0.79, 2.00] | 2006 | |
| | | | | | | |
| Total (95% CI) | | | 100.0% | 1.47 [1.24, 1.73] | | |

Heterogeneity: Tau² = 0.00; χ² = 3.18, df = 4 (P = 0.53); I² = 0%
Test for overall effect: Z = 4.49 (P < 0.00001)

0.5 0.7 1 1.5 2
No induced TOP   >1 induced TOP

**Figure 4.** Unadjusted and adjusted estimates of Low birthweight births among women with a history of more than one previous induced abortion versus no history of induced abortions.

Finally, certain studies compared women with a history of I-TOP with women who had never been pregnant[26] and other studies compared them with women who had previous live births. The rates of complications may be different in both comparisons; however, biological rationale of damage following previous I-TOP does not change in either comparison. Additionally, a previous review indicated that I-TOP was not protective for risk of LBW associated with primiparity; that is, the risk of LBW was higher for women with a history of I-TOP compared with women who had carried to full-term.[64]

The results of our review differ from previous reviews;[5,10,64,66] mainly because this is the first attempt to quantify results reported in various studies. We are aware that the major critique of our review is suitability of studies for combining their results. We included studies in which the primary aim was to explore the relationship between a history of I-TOP and adverse pregnancy outcomes; thus, we felt meta-analyses were appropriate. We perceive that the strengths of this systematic review include a focused question, extensive literature search, large total sample size of the studied population, robust effect size, quantification of adjusted effects and narrow confidence intervals.

A step further, we would like to mention that this strong association meets several of the criteria suggested by Professor Hill[78] regarding causation such as temporal

relationship, biological plausibility, strength of association, dose–response effect (increased risk with increasing number of abortion), consistency (reported by several studies) and coherence (matching with current theory of knowledge). The criteria of an alternate explanation (accounting for other confounders/reasons for the outcome) could be considered satisfied. Two criteria for causation are not satisfied: Specificity (I-TOP is the only cause of LBW/PT births) and alteration of outcome with an opposite experiment are not satisfied. We must caution readers that we have restricted ourselves to explore the association of I-TOP and pregnancy outcomes. Several biomedical, social, environmental, lifestyle-related, genetic and other factors contribute to a preterm and/or LBW births and this needs to be kept in mind in interpreting our results. We caution interpretation being causal as confounding effects of socio-economic factors, which are important, were considered in very few studies only. Discussion regarding downsides of I-TOP are incomplete without discussing downside of unwanted pregnancies as they are also at risk of adverse outcomes. From pragmatic viewpoint, future studies should assess benefits and risks in both situations.

## Implications for practice

This information is important from public and health practitioners' point of view. Estimates in the 1970s indicated

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

## Unadjusted estimates



| Study or subgroup | No induced TOP Events | Total | >1 induced TOP Events | Total | Weight | Odds ratio (Nonevent) M-H, Random, 95% CI | Year | Odds ratio (Nonevent) M-H, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Papaevangelou 1973 | 314 | 3350 | 63 | 186 | 14.7% | 4.95 [3.58, 6.86] | 1973 | |
| Linn 1983 | 536 | 8122 | 34 | 359 | 14.2% | 1.48 [1.03, 2.13] | 1983 | |
| Martius 1998 | 6858 | 103245 | 50 | 347 | 15.0% | 2.37 [1.75, 3.20] | 1998 | |
| Henriet 2001 | 443 | 10536 | 21 | 313 | 13.0% | 1.64 [1.04, 2.58] | 2001 | |
| El-Bastawissi 2003 | 209 | 521 | 39 | 82 | 12.8% | 1.35 [0.85, 2.16] | 2003 | |
| Ancel 2004 | 2355 | 6324 | 215 | 433 | 16.1% | 1.66 [1.37, 2.02] | 2004 | |
| Raatikainen 2006 | 1503 | 24248 | 31 | 355 | 14.1% | 1.45 [1.00, 2.10] | 2006 | |
| **Subtotal (95% CI)** | | **156346** | | **2075** | **100.0%** | **1.93 [1.38, 2.71]** | | |
| Total events | 12218 | | 453 | | | | | |

Heterogeneity: Tau$^2$ = 0.17; $\chi^2$ = 43.72, df = 6 ($P$ < 0.00001); $I^2$ = 86%
Test for overall effect: $Z$ = 3.81 ($P$ < 0.00001)

| **Total (95% CI)** | | **156346** | | **2075** | **100.0%** | **1.93 [1.38, 2.71]** | | |
| Total events | 12218 | | 453 | | | | | |

Heterogeneity: Tau$^2$ = 0.17; $\chi^2$ = 43.72, df = 6 ($P$ < 0.00001); $I^2$ = 86%
Test for overall effect: $Z$ = 3.81 ($P$ = 0.0001)

0.2   0.5   1   2   5
No induced TOP    >1 induced TOP

## Adjusted estimates

| Study or subgroup | Log[odds ratio] | SE | Weight | Odds ratio IV, Random, 95% CI | Year | Odds ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Linn 1983 | 0.270027 | 0.186451 | 14.9% | 1.31 [0.91, 1.89] | 1983 | |
| Pickering 1985 | 0.239017 | 0.310442 | 9.4% | 1.27 [0.69, 2.33] | 1985 | |
| Zhou 1999 | 0.978326 | 0.121875 | 18.4% | 2.66 [2.09, 3.38] | 1999 | |
| Henriet 2001 | 0.641854 | 0.216147 | 13.4% | 1.90 [1.24, 2.90] | 2001 | |
| El-Bastawissi 2003 | 0.182322 | 0.267812 | 11.0% | 1.20 [0.71, 2.03] | 2003 | |
| Ancel 2004 | 0.48858 | 0.111737 | 18.9% | 1.63 [1.31, 2.03] | 2004 | |
| Raatikainen 2006 | 0.300105 | 0.20342 | 14.0% | 1.35 [0.91, 2.01] | 2006 | |
| **Total (95% CI)** | | | **100.0%** | **1.62 [1.27, 2.07]** | | |

Heterogeneity: Tau$^2$ = 0.07; $\chi^2$ = 19.44, df = 6 ($P$ = 0.003); $I^2$ = 69%
Test for overall effect: $Z$ = 3.87 ($P$ = 0.0001)

0.5   0.7   1   1.5   2
No induced TOP    >1 induced TOP

**Figure 5.** Unadjusted and adjusted estimates of Preterm births among women with a history of more than one previous induced abortion versus no history of induced abortions.

that more than a million abortions are performed in the US per year. Of these, more than 75% of women wish or get pregnant again.[79] These women should know the risks associated with I-TOP not only for their health but also for their future reproductive potential. A properly obtained consent legally mandates explanation of these risks to women and ensuring their understanding. Potential areas for knowledge transfer include education of girls and women enrolled at schools or colleges, during routine visits to family doctors or specialists and finally when counselling women seeking abortion.

## Implication for research

It is important to realise that we need to advance our understanding in this area rather than repeating similar studies. Further studies are needed to assess the impact of newer techniques, to identify the safest method of pregnancy termination in the first and second trimester, or adverse outcomes in subsequent pregnancies. Other questions that need

answers include: Does increased knowledge and awareness about risks associated with I-TOP among women reduce the incidence of I-TOPs? What supports are effective for women with a history of I-TOP to improve pregnancy outcomes? However, despite unanswered questions, action should be taken to address what is known.

## Reviewers' conclusions

I-TOP is associated with significantly increased risks of LBW/PT births. Further prospective research to identify safer methods of pregnancy termination in the first and second trimester and effective interventions for pregnant women with history of I-TOP is needed.

### Conflict of interest
None for any authors.

### Disclosure of interest
No conflict of interest for any authors.

## Contribution to authorship

All members of the group were involved in grant concept and design. P.S. Shah and members of the group contributed to the study concept and design. P.S. Shah and J. Zhao were involved in acquisition of data. P.S. Shah and J. Beyene undertook the analysis and interpretation of data. P.S. Shah drafted the manuscript. P.S. Shah and members of the group contributed to the critical revision of the manuscript for important intellectual content.

## Details of ethics approval

Not required as this is a meta-analyses of published manuscripts.

## Funding

This study was supported by funding from Canadian Institute of Health Research (CIHR) Knowledge Synthesis/Translation grant # KRS 86242. CIHR has no role in analyses, writing of the report, interpretation of data or decision to submit the manuscript.

## Acknowledgements

We would sincerely like to thank Elizabeth Uleryk, Chief Librarian at the Hospital for Sick Children, Toronto, for her contribution in developing search strategy and running searches on a periodic basis.

## Supporting information

The following supplementary materials are available for this article:

**Figure S1.** Unadjusted and adjusted estimates of Small-for-gestational-age births among women with a history of one previous I-TOP versus no history of I-TOP.

**Figure S2.** Meta-analyses of Birthweight and gestational age among women with a history of one previous I-TOP versus no history of I-TOP.

**Figure S3.** Unadjusted and adjusted estimates of Small-for-gestational-age births among women with a history of more than one previous I-TOP versus no history of I-TOP.

**Figures S4.** Meta-analyses of Birthweight and gestational age among women with a history of more than one previous I-TOP versus no history of I-TOP.

**Figure S5.** Funnel plot of publication bias for the outcome of preterm birth.

**Table S1.** Assessment of quality of included studies

**Table S2.** Data on low birthweight births

**Table S3.** Data on preterm birth

**Table S4.** Data on small for gestational age

**Table S5.** Data on birthweight in grams

**Table S6.** Data on gestational age in weeks

Additional Supporting Information may be found in the online version of this article.

Please note: Wiley-Blackwell is not responsible for the content or functionality of any supporting information supplied by the authors. Any queries (other than missing material) should be directed to the corresponding author. ∎

## References

1 Moster D, Lie RT, Markestad T. Long-term medical and social consequences of preterm birth. *N Engl J Med* 2008;359:262–73.

2 Sturchler D, Menegoz F, Daling J. Reproductive history and intrapartum fever. *Gynecol Obstet Invest* 1986;21:182–6.

3 Molin A. Risk of damage to the cervix by dilatation for first-trimester-induced abortion by suction aspiration. *Gynecol Obstet Invest* 1993;35:152–4.

4 Ancel PY, Lelong N, Papiernik E, Saurel-Cubizolles MJ, Kaminski M. History of induced abortion as a risk factor for preterm birth in European countries: results of the EUROPOP survey. *Hum Reprod* 2004;19:734–40.

5 Thorp JM, Hartmann KE, Shadigan E. Long-term physical and psychological health consequences of induced abortion: a review of the evidence. *Linacre Q* 2005;72:44–69.

6 Stroup DF, Berlin JA, Morton SC, Olkin I, Williamson GD, Rennie D, et al. Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group. *JAMA* 2000;283:2008–12.

7 Higgins PT, Green S. Cochrane handbook for systematic reviews of interventions. The Cochrane Collaboration (Version 5.0.0). 2008 [www.cochrane-handbook.org]. Accessed 1 March 2008.

8 Peters J, Mengersen K. Selective reporting of adjusted estimates in observational epidemiology studies: reasons and implications for meta-analyses. *Eval Health Prof* 2008;31:370–89.

9 Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. *Stat Med* 2002;21:1539–58.

10 Bracken MB, Hellenbrand KG, Holford TR, Bryce-Buchanan C. Low birth weight in pregnancies following induced abortion: no evidence for an association. *Am J Epidemiol* 1986;123:604–13.

11 Che Y, Zhou W, Gao E, Olsen J. Induced abortion and prematurity in a subsequent pregnancy: a study from Shanghai. *J Obstet Gynaecol* 2001;21:270–3.

12 Daling JR, Emanuel I. Induced abortion and subsequent outcome of pregnancy. A matched cohort study. *Lancet* 1975;2:170–3.

13 Daling JR, Emanuel I. Induced abortion and subsequent outcome of pregnancy in a series of American women. *N Engl J Med* 1977;297:1241–5.

14 El Bastawissi AY, Sorensen TK, Akafomo CK, Frederick IO, Xiao R, Williams MA. History of fetal loss and other adverse pregnancy outcomes in relation to subsequent risk of preterm delivery. *Matern Child Health J* 2003;7:53–8.

15 Frank PI, Kay CR, Lewis TL, Parish S. Outcome of pregnancy following induced abortion. Report from the joint study of the Royal College of General Practitioners and the Royal College of Obstetricians and Gynaecologists. *Br J Obstet Gynaecol* 1985;92:308–16.

16 Harlap S, Davies AM. Late sequelae of induced abortion: complications and outcome of pregnancy and labor. *Am J Epidemiol* 1975;102:217–24.

17 Henriet L, Kaminski M. Impact of induced abortions on subsequent pregnancy outcome: the 1995 French national perinatal survey. *BJOG* 2001;108:1036–42.

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

**18** Hogue CJ. Low birth weight subsequent to induced abortion. A historical prospective study of 948 women in Skopje, Yugoslavia. *Am J Obstet Gynecol* 1975;123:675–81.

**19** Koller O, Eikhom SN. Late sequelae of induced abortion in primigravidae. The outcome of the subsequent pregnancies. *Acta Obstet Gynecol Scand* 1977;56:311–7.

**20** Lao TT, Ho LF. Induced abortion is not a cause of subsequent preterm delivery in teenage pregnancies. *Hum Reprod* 1998;13:758–61.

**21** Lekea-Karanika V, Tzoumaka-Bakoula C, Golding J. Previous obstetric history and subsequent preterm delivery in Greece. *Eur J Obstet Gynecol Reprod Biol* 1990;37:99–109.

**22** Lekea-Karanika V, Tzoumaka-Bakoula C. Past obstetric history of the mother and its association with low birthweight of a subsequent child: a population based study. *Paediatr Perinat Epidemiol* 1994;8:173–87.

**23** Linn S, Schoenbaum SC, Monson RR, Rosner B, Stubblefield PG, Ryan KJ. The relationship between induced abortion and outcome of subsequent pregnancies. *Am J Obstet Gynecol* 1983;146:136–40.

**24** Lopes A, King PA, Duthie SJ, To WK, Ma HK. The impact of multiple induced abortions on the outcome of subsequent pregnancy. *Aust N Z J Obstet Gynaecol* 1991;31:41–3.

**25** Lumley J. Very low birth-weight (less than 1,500 g) and previous induced abortion: Victoria 1982–1983. *Aust N Z J Obstet Gynaecol* 1986;26:268–72.

**26** Lumley J. The association between prior spontaneous abortion, prior induced abortion and preterm birth in first singleton births. *Prenat Neonatal Med* 1998;3:21–4.

**27** Mandelin M, Karjalainen O. Pregnancy outcome after previous induced abortion. *Ann Chir Gynaecol* 1979;6:147–54.

**28** Mandelson MT, Maden CB, Daling JR. Low birth weight in relation to multiple induced abortions. *Am J Public Health* 1992;82:391–4.

**29** Martius JA, Steck T, Oehler MK, Wulf KH. Risk factors associated with preterm (<37+0 weeks) and early preterm birth (<32+0 weeks): univariate and multivariate analysis of 106 345 singleton births from the 1994 statewide perinatal survey of Bavaria. *Eur J Obstet Gynecol Reprod Biol* 1998;80:183–9.

**30** Meirik O, Nygren KG, Bergstrom R, Gunsjo A. Outcome of delivery subsequent to induced vacuum-aspiration abortion in parous women. *Am J Epidemiol* 1982;116:415–29.

**31** Meirik O, Bergstrom R. Outcome of delivery subsequent to vacuum-aspiration abortion in nulliparous women. *Acta Obstet Gynecol Scand* 1983;62:499–509.

**32** Meirik O, Nygren KG. Outcome of first delivery after 2nd trimester two-stage induced abortion. A controlled historical cohort study. *Acta Obstet Gynecol Scand* 1984;63:45–50.

**33** Obel EB. Pregnancy complications following legally induced abortion. *Acta Obstet Gynecol Scand* 1979;58:485–90.

**34** Pantelakis SN, Papadimitriou GC, Doxiadis SA. Influence of induced and spontaneous abortions on the outcome of subsequent pregnancies. *Am J Obstet Gynecol* 1973;116:799–805.

**35** Papaevangelou G, Vrettos AS, Papadatos C, Alexiou D. The effect of spontaneous and induced abortion on prematurity and birthweight. *J Obstet Gynaecol Br Commonw* 1973;80:418–22.

**36** Park TK, Strauss LT, Hogue CJ, Kim IS. Previous experience of induced abortion as a risk factor for fetal death and preterm delivery. *Int J Gynaecol Obstet* 1984;22:195–202.

**37** Pickering RM, Forbes JF. Risks of preterm delivery and small-for-gestational age infants following abortion: a population study. *Br J Obstet Gynaecol* 1985;92:1106–12.

**38** Raatikainen K, Heiskanen N, Heinonen S. Induced abortion: not an independent risk factor for pregnancy outcome, but a challenge for health counseling. *Ann Epidemiol* 2006;16:587–92.

**39** Roht LH, Aoyama H. Induced abortion and its sequelae: prematurity and spontaneous abortion. *Am J Obstet Gynecol* 1974;120:868–74.

**40** Schoenbaum SC, Monson RR, Stubblefield PG, Darney PD, Ryan KJ. Outcome of the delivery following an induced or spontaneous abortion. *Am J Obstet Gynecol* 1980;136:19–24.

**41** Seidman DS, Ever-Hadani P, Slater PE, Harlap S, Stevenson DK, Gale R. Child-bearing after induced abortion: reassessment of risk. *J Epidemiol Community Health* 1988;42:294–8.

**42** van der Slikke JW, Treffers PE. Influence of induced abortion on gestational duration in subsequent pregnancies. *Br Med J* 1978;1:270–2.

**43** W.H.O. Task Force. Gestation, birth-weight, and spontaneous abortion in pregnancy after induced abortion. Report of Collaborative Study by W.H.O. Task Force on Sequelae of Abortion. *Lancet* 1979;1:142–5.

**44** Zhou W, Sorensen HT, Olsen J. Induced abortion and subsequent pregnancy duration. *Obstet Gynecol* 1999;94:948–53.

**45** Zhou W, Sorensen HT, Olsen J. Induced abortion and low birthweight in the following pregnancy. *Int J Epidemiol* 2000;29:100–6.

**46** Frank PI, Kay CR, Scott LM, Hannaford PC, Haran D. Pregnancy following induced abortion: maternal morbidity, congenital abnormalities and neonatal death. Royal College of General Practitioners/Royal College of Obstetricians and Gynaecologists Joint Study. *Br J Obstet Gynaecol* 1987;94:836–42.

**47** Harlap S, Shiono PH, Ramcharan S, Berendes H, Pellegrin F. A prospective study of spontaneous fetal losses after induced abortions. *N Engl J Med* 1979;301:677–81.

**48** Harris D, O'Hare D, Pakter J, Nelson FG. Legal abortion 1970–1971—the New York City experience. *Am J Public Health* 1973;63:409–18.

**49** Levin AA, Schoenbaum SC, Monson RR, Stubblefield PG, Ryan KJ. Association of induced abortion with subsequent pregnancy loss. *JAMA* 1980;243:2495–9.

**50** Pakter J, Nelson F. Factors in the unprecedented decline in infant mortality in New York City. *Bull N Y Acad Med* 1974;50:839–68.

**51** Zhou W, Nielsen GL, Larsen H, Olsen J. Induced abortion and placenta complications in the subsequent pregnancy. *Acta Obstet Gynecol Scand* 2001;80:1115–20.

**52** Brown JS Jr, Adera T, Masho SW. Previous abortion and the risk of low birth weight and preterm births. *J Epidemiol Community Health* 2008;62:16–22.

**53** Fedrick J, Anderson AB. Factors associated with spontaneous preterm birth. *Br J Obstet Gynaecol* 1976;83:342–50.

**54** Funderburk SJ, Guthrie D, Meldrum D. Suboptimal pregnancy outcome among women with prior abortions and premature births. *Am J Obstet Gynecol* 1976;126:55–60.

**55** Hogue CJ, Schoenfelder JR, Gesler WM, Shachtman RH. The interactive effects of induced abortion, inter-pregnancy interval and contraceptive use on subsequent pregnancy outcome. *Am J Epidemiol* 1978;107:15–26.

**56** Ratten GJ, Beischer NA. The effect of termination of pregnancy on maturity of subsequent pregnancy. *Med J Aust* 1979;1:479–80.

**57** Richardson JA, Dixon G. Effects of legal termination on subsequent pregnancy. *Br Med J* 1976;1:1303–4.

**58** Wright CS, Campbell S, Beazley J. Second-trimester abortion after vaginal termination of pregnancy. *Lancet* 1972;1:1278–9.

**59** Dalaker K, Lichtenberg SM, Okland G. Delayed reproductive complications after induced abortion. *Acta Obstet Gynecol Scand* 1979;58:491–4.

**60** Quick JD. Liberalized abortion in Oregon: effects on fertility, prematurity, fetal death, and infant death. *Am J Public Health* 1978;68:1003–8.

Shah, Zao

61 Rovinsky JJ. Impact of a permissive abortion statute on community health care. *Obstet Gynecol* 1973;41:781–8.

62 Rush RW. Incidence of preterm delivery in patients with previous preterm delivery and/or abortion. *S Afr Med J* 1979;56:1085–7.

63 Slater PE, Davies AM, Harlap S. The effect of abortion method on the outcome of subsequent pregnancy. *J Reprod Med* 1981;26: 123–8.

64 Atrash HK, Hogue CJ. The effect of pregnancy termination on future reproduction. *Baillieres Clin Obstet Gynaecol* 1990;4:391–405.

65 Bracken MB. Induced abortion as a risk factor for perinatal complications: a review. *Yale J Biol Med* 1978;51:539–48.

66 Hogue CJ, Cates W Jr, Tietze C. Impact of vacuum aspiration abortion on future childbearing: a review. *Fam Plann Perspect* 1983;15:119–26.

67 Madore C, Hawes WE, Many F, Hexter AC. A study on the effects of induced abortion on subsequent pregnancy outcome. *Am J Obstet Gynecol* 1981;139:516–21.

68 Moreau C, Kaminski M, Ancel PY, Bouyer J, Escande B, Thiriez G, *et al.* Previous induced abortions and the risk of very preterm delivery: results of the EPIPAGE study. *BJOG* 2005;112:430–7.

69 Puyenbroek JI, Stolte LA. The relationship between spontaneous and induced abortion and the occurrence of second-trimester abortion in subsequent pregnancies. *Eur J Obstet Gynecol Reprod Biol* 1983;14:299–309.

70 Keirse MJ, Rush RW, Anderson AB, Turnbull AC. Risk of pre-term delivery in patients with previous pre-term delivery and/or abortion. *Br J Obstet Gynaecol* 1978;85:81–5.

71 Seller MJ, Hancock PC. Effects of mid-trimester induced abortion on the subsequent pregnancy. *Prenat Diagn* 1985;5:375–80.

72 Roht LH, Aoyama H. Induced abortion and its sequelae: prevalence and associations with the outcome of pregnancy. *Int J Epidemiol* 1973;2:103–13.

73 Roht LH, Aoyama H, Leinen GE, Callen PW. The association of multiple induced abortions with subsequent prematurity and spontaneous abortion. *Acta Obstet Gynaecol Jpn* 1976;23:140–5.

74 Obel EB. Long-term sequelae following legally induced abortion. *Dan Med Bull* 1980;27:61–74.

75 Mackenzie IZ, Hillier K. Prostaglandin-induced abortion and outcome of subsequent pregnancies: a prospective controlled study. *Br Med J* 1977;2:1114–7.

76 Kline J, Stein Z, Susser M, Warburton D. Induced abortion and spontaneous abortion: no connection? *Am J Epidemiol* 1978;107: 290–8.

77 Burnett MA, Corbett CA, Gertenstein RJ. A randomized trial of laminaria tents versus vaginal misoprostol for cervical ripening in first trimester surgical abortion. *J Obstet Gynaecol Can* 2005;27:38–42.

78 Hill AB. The environment and disease: association or causation? *Proc R Soc Med* 1965;58:295–300.

79 Sullivan E, Tietze C, Dryfoos JG. Legal abortion in the United States, 1975–1976. *Fam Plann Perspect* 1977;9:116–29.

# Appendix

**Prakesh Shah,** University of Toronto, Toronto, Canada

**Arne Ohlsson,** University of Toronto, Canada

**Vibhuti Shah,** University of Toronto, Toronto, Canada

**Kellie E Murphy,** University of Toronto, Canada

**Sarah D McDonald,** McMaster University, Hamilton, Canada

**Eileen Hutton,** McMaster University, Hamilton, Canada

**Christine Newburn-Cook,** University of Alberta, Edmonton, Canada

**Corine Frick,** University of Calgary, Calgary, Canada

**Fran Scott,** University of Toronto, Toronto, Canada

**Victoria Allen,** Dalhousie University, Halifax, Canada

**Joseph Beyene,** University of Toronto, Toronto, Canada

© 2009 The Authors  Journal compilation © RCOG 2009  BJOG An International Journal of Obstetrics and Gynaecology

# EXHIBIT F



**Preterm Birth:  Causes, Consequences, and Prevention**

Richard E. Behrman, Adrienne Stith Butler, Editors, Committee on Understanding Premature Birth and Assuring Healthy Outcomes

ISBN: 0-309-65898-5, 790 pages, 6 x 9,  (2007)

**This PDF is available from the National Academies Press at:**
**http://www.nap.edu/catalog/11622.html**

Visit the National Academies Press online, the authoritative source for all books from the National Academy of Sciences, the National Academy of Engineering, the Institute of Medicine, and the National Research Council:

- Download hundreds of free books in PDF
- Read thousands of books online for free
- Explore our innovative research tools – try the "Research Dashboard" now!
- Sign up to be notified when new books are published
- Purchase printed books and selected PDF files

**Thank you for downloading this PDF.  If you have comments, questions or just want more information about the books published by the National Academies Press, you may contact our customer service department toll-free at 888-624-8373, visit us online, or send an email to feedback@nap.edu.**

**This book plus thousands more are available at http://www.nap.edu.**

Copyright © National Academy of Sciences. All rights reserved.
Unless otherwise indicated, all materials in this PDF File are copyrighted by the National Academy of Sciences.  Distribution, posting, or copying is strictly prohibited without written permission of the National Academies Press.  Request reprint permission for this book.

THE NATIONAL ACADEMIES
*Advisers to the Nation on Science, Engineering, and Medicine*

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

# PRETERM BIRTH

## CAUSES, CONSEQUENCES, AND PREVENTION

Committee on Understanding Premature Birth and
Assuring Healthy Outcomes
Board on Health Sciences Policy

Richard E. Behrman and Adrienne Stith Butler, *Editors*

INSTITUTE OF MEDICINE
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

THE NATIONAL ACADEMIES PRESS    500 Fifth Street, N.W.    Washington, DC 20001

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This study was supported by Contract No. N01-OD-4-2139, Task Order No. 145 between the National Academy of Sciences and the National Institute for Child Health and Human Development, Centers for Disease Control and Prevention, Health Resources and Services Administration, Environmental Protection Agency, and NIH Office of Research on Women's Health; and contracts with the March of Dimes, Burroughs Wellcome Fund, American College of Obstetricians and Gynecologists, American Society for Reproductive Medicine, and the Society for Maternal-Fetal Medicine. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the authors and do not necessarily reflect the view of the organizations or agencies that provided support for this project.

### Library of Congress Cataloging-in-Publication Data

Preterm birth : causes, consequences, and prevention / Committee on
 Understanding Premature Birth and Assuring Healthy Outcomes,
 Board on Health Sciences Policy ; Richard E. Behrman, Adrienne
 Stith Butler, editors.
 p. ; cm.
 Includes bibliographical references and index.
 ISBN-13: 978-0-309-10159-2 (hardback)
 ISBN-10: 0-309-10159-X (hardback)
 1. Labor, Premature. I. Behrman, Richard E., 1931- . II. Butler,
 Adrienne Stith. III. Institute of Medicine (U.S.). Committee on
 Understanding Premature Birth and Assuring Healthy Outcomes.
 [DNLM: 1. Premature Birth—diagnosis—United States. 2. Premature
 Birth—economics—United States. 3. Premature Birth—prevention &
 control—United States. 4. Public Policy—United States.
 WQ 330 P9413 2006]
 RG649.P744 2006
 618.3′97—dc22
  2006028538

Additional copies of this report are available from the National Academies Press, 500 Fifth Street, N.W., Lockbox 285, Washington, DC 20055; (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area); Internet, http://www.nap.edu.

For more information about the Institute of Medicine, visit the IOM home page at: **www.iom.edu.**

Copyright 2007 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America.

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The serpent adopted as a logotype by the Institute of Medicine is a relief carving from ancient Greece, now held by the Staatliche Museen in Berlin.

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

*"Knowing is not enough; we must apply.*
*Willing is not enough; we must do."*
—Goethe



# INSTITUTE OF MEDICINE

## OF THE NATIONAL ACADEMIES

**Advising the Nation. Improving Health.**

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

# THE NATIONAL ACADEMIES

*Advisers to the Nation on Science, Engineering, and Medicine*

The **National Academy of Sciences** is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Ralph J. Cicerone is president of the National Academy of Sciences.

The **National Academy of Engineering** was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. Wm. A. Wulf is president of the National Academy of Engineering.

The **Institute of Medicine** was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Harvey V. Fineberg is president of the Institute of Medicine.

The **National Research Council** was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Ralph J. Cicerone and Dr. Wm. A. Wulf are chair and vice chair, respectively, of the National Research Council.

**www.national-academies.org**

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth: Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

## COMMITTEE ON UNDERSTANDING PREMATURE BIRTH
### AND ASSURING HEALTHY OUTCOMES

**RICHARD E. BEHRMAN** (*Chair*), Executive Chair, Pediatric Education Steering Committee, Federation of Pediatric Organizations, Inc., Menlo Park, CA

**ELI Y. ADASHI,** Dean of Medicine and Biological Sciences, Brown University, Providence, RI

**MARILEE C. ALLEN,** Professor of Pediatrics, The John Hopkins Hospital, Baltimore, MD

**RITA LOCH CARUSO,** Professor, Environmental Health Sciences, Associate Research Scientist, School of Public Health, University of Michigan, Ann Arbor

**JENNIFER CULHANE,** Associate Professor, Department of Obstetrics & Gynecology, Drexel University College of Medicine, Philadelphia, PA

**CHRISTINE DUNKEL SCHETTER,** Professor, Department of Psychology, Health and Social Psychology, University of California, Los Angeles

**MICHEAL G. GRAVETT,** Professor and Vice-Chairman, Department of Obstetrics and Gynecology, University of Washington School of Medicine, Seattle

**JAY D. IAMS,** Professor and Vice-Chairman, Department of Obstetrics and Gynecology, Ohio State University College of Medicine, Columbus

**MICHAEL C. LU,** Assistant Professor, Department of Community Health Sciences, School of Public Health, Deparment of Obstetrics and Gynecology, School of Medicine, University of California, Los Angeles

**MARIE C. MCCORMICK,** Professor, Department of Society, Human Development and Health, School of Public Health, Harvard University, Boston, MA

**LAURA E. RILEY,** Director, Labor and Delivery, Director, Infectious Disease, Massachusetts General Hospital, Boston

**JEANNETTE A. ROGOWSKI,** University Professor, Department of Health Systems and Policy, School of Public Health, University of Medicine and Dentistry of New Jersey, New Brunswick

**SAROJ SAIGAL,** Professor of Pediatrics, Director, Neonatal Follow-up Program, Senior Scientist, CIHR, McMaster University, Hamilton, Ontario, Canada

**DAVID A. SAVITZ,** Professor, Department of Community and Preventive Medicine, Mount Sinai School of Medicine, New York

**HYAGRIV N. SIMHAN,** Assistant Professor, Divisions of Maternal-Fetal Medicine and Reproductive Infectious Diseases and Immunology, University of Pittsburgh, Magee-Women's Hospital, Pittsburgh, PA

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

**NORMAN J. WAITZMAN,** Associate Professor, Deparment of
  Economics, University of Utah, Salt Lake City
**XIAOBIN WANG,** Director and Mary Ann and J. Milburn Smith
  Research Professor, Children's Memorial Hospital and Children's
  Memorial Research Center, Chicago, IL

*Health Sciences Policy Board Liaison*

**GAIL H. CASSELL,** Vice President, Scientific Affairs, Distinguished Lilly
  Research Scholar for Infectious Diseases, Eli Lilly and Company,
  Indianapolis, IN

*IOM Project Staff*

**ADRIENNE STITH BUTLER,** Study Director
**EILEEN J. SANTA,** Research Associate
**THELMA L. COX,** Senior Program Assistant

*Copy Editor*

**MICHAEL HAYES**

*vi*

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

changes in the proportion of white multiple births and the proportions of births among older and unmarried mothers are potential contributors to these dissimilar trends in prematurity, as are changes in racial disparities in vital record reporting practices, e.g., more complete reporting of extremely preterm deliveries. Differentials in the measurement of gestational age among these groups may also be involved.

## Geographic Variability

Considerable geographic variability in very preterm and preterm rates is evident in the U.S. As shown in Figures B-5a and B-5b, higher preterm and very preterm rates are evident in the southeastern states. While the racial composition of states may partly underlie the observed geographic pattern, other factors are likely to be involved. Recent investigations have established that prevailing national trends in preterm births are not applicable to each dtate and there is considerable state heterogeneity in both preterm rates and trends in preterm rates by racial groups, potentially reflecting reporting issues and other demographic, economic, social risk, and health care delivery and financing factors.

## Sociodemographic Variability

Racial and ethnic variations in gestational age and preterm birth percentages have long been observed (3, 7, 9). Figure B-6 presents the percent gestational age distribution for whites, African Americans, Japanese, Asian Indian, and Samoan births, all to U.S. resident mothers. Although the mode is similar for each group, important differences are evident in the very preterm tail, with African Americans exhibiting the highest proportion of very preterm births (Figure B-7).

Geographic variations in preterm and very preterm birth rates are also observed within each major racial group (Figures B-8a to B-8d). For whites, higher percentages of preterm and very preterm births are seen from Texas through the Appalachian States. Higher percentages of very preterm births for African Americans are also noted for the mid-Atlantic states and the midwestern states of Illinois and Michigan.

Differences in gestational age distributions have been noted by maternal disease group. As depicted in Figure B-9, which displays data for the infants of white mothers only, the preterm tails of the gestational age distributions of births of hypertensive and diabetic mothers tend to be elevated, indicating higher proportions of infants born preterm. Gestational age information is also provided for the infants of white mothers who smoke. Although the impact of smoking appears to be modest, a higher percentage of very preterm births is still evident among women who smoke.

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

*618* *PRETERM BIRTH*



**FIGURES B-5** Percentages of preterm (a) and very preterm (b) deliveries by state, 1995 to 2000. Values in parentheses are numbers of states. Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

*APPENDIX B* *619*



**FIGURE B-6** Gestational age distribution of live births by race, United States, 1999 and 2000. Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.



**FIGURE B-7** Gestational age distribution of live births by race (20–32 weeks gestation), United States, 1999 and 2000. Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

620                                                           *PRETERM BIRTH*



FIGURE B-8 Percentages of preterm and very preterm deliveries by race, 1995 to
2000: (a) preterm deliveries for whites; (b) preterm deliveries for African Americans;
(c) very preterm deliveries for whites; (d) very preterm deliveries for African Ameri-

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

*APPENDIX B*                                                         *621*



cans. Values in parentheses are numbers of states. Source: 1995–2000 Birth Cohort
Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS;
1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth: Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

*622*　　　　　　　　　　　　　　　　　　　　　　　*PRETERM BIRTH*



FIGURE B-9 Gestational age distribution of live births among white mothers by maternal disease group (diabetes, hypertension, and smoking), United States, 1999 and 2000. Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.

Gestational ages vary markedly when multiple births are involved (52). The entire gestational age distribution for triplets and twins is shifted toward the preterm tail, and the average gestational age of these multiple births is 2 to 4 weeks shorter than that of singleton births (Figure B-10). The increasing trend in multiple births has been identified as a possible major contributor to the concurrent rise in preterm birth rates and has been related to changes in the use of ART (53).

Variations in gestational age by mode of delivery have also been noted (Figure B-11). Higher percentages of preterm and very preterm deliveries than term deliveries are found to be performed by cesarean section. Although trends in the use of cesarean section have varied over the last 2 decades, there has been a general increase in the use of cesarean section for the delivery of preterm and low birth weight infants (54).

A comparison of the very preterm tail of the gestational age distribution of extremely low-risk mothers (defined as women who are married and aged 20 to 34 years; have 13 or more years of education; are multiparous with average parity for age; and have adequate prenatal care utilization; vaginal delivery; and no reports of medical risk factors, tobacco use, or alcohol use during pregnancy) with all other mothers reveals marked differ-

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

*APPENDIX B*                                                                                       *623*



FIGURE B-10 Gestational age distribution of live births by multiple births, United States, 1996 to 2000. Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.



FIGURE B-11 Gestational age distribution of live births by mode of delivery, United States, 1999 and 2000 (C-section indicates delivery by cesarean section). Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth: Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

624                                                                *PRETERM BIRTH*



FIGURE B-12 Gestational age distribution of live births for extremely low-risk (ELR) mothers, United States, 1996 to 2000. Source: 1995–2000 Birth Cohort Linked Birth/Infant death Data Set, CD-ROM Series 20, USDHHS, CDCP, NCHS; 1980–2000 Natality Data Set, CD-ROM Series 21, USDHHS, CDCP, NCHS.

ences in the risk of preterm birth (Figure B-12). A nearly threefold difference in the very preterm birth rates is observed for these two groups.

### Risk

The numerous efforts to prevent preterm birth have had little success (28–30, 55, 56). Moreover, there has been only modest success in accurately identifying women at risk for preterm birth, although quite a number of risk factors have been identified (24). Unfortunately, many of the better-established and more-predictive risk factors are either immutable in the current pregnancy or, because of our present state of knowledge, pose significant challenges for either prevention or effective intervention. These risk factors are detailed in Table B-5 and include those that predate the pregnancy, e.g., a previous low birth weight or preterm delivery, multiple second-trimester abortions, maternal stature and body mass, and a history of infertility. Placental abnormalities, cervical or uterine anomalies, and preeclampsia are additional medical risk factors for prematurity that cannot be readily prevented. Finally, intrauterine infection remains in this category as

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

**TABLE B-5** Immutable Medical Risk Factors
Associated with Preterm Birth

Previous low birth weight or preterm delivery
Multiple 2nd trimester spontaneous abortion
Prior first trimester induced abortion
Familial and intergenerational factors
History of infertility
Nulliparity
Placental abnormalities
Cervical and uterine anomalies
Gestational bleeding
Intrauterine growth restriction
In utero diethylstilbestrol exposure
Multiple gestations
Infant sex
Short stature
Low prepregnancy weight/low body mass index
Urogenital infections
Preeclampsia

research on the efficacy of antibiotic therapy for the prevention of preterm
delivery from these infections continues.

Demographic risks associated with preterm delivery include African
American race, single marital status, low socioeconomic status, maternal
age, and others (Table B-6). Although demographic factors cannot cause
the premature expulsion of a fetus, these factors may antagonize some other
risk factor(s).

Social, behavioral, stress, and maternal psychological factors have fre-
quently been linked to pregnancy outcomes; and chronic stress has been
related to low socioeconomic status (57–66). There have been difficulties in
measuring the amount of stress caused by life events, but consistent associa-
tions between perceived stress and preterm birth have been reported.

**TABLE B-6** Demographic Risk Factors
Associated with Preterm Birth

Race/ethnicity
Single Marital Status
Low Socioeconomic status
Seasonality of pregnancy and birth
Maternal Age
Employment-related physical activity
Occupational exposures
Environment exposures

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

626                                                                 *PRETERM BIRTH*

**TABLE B-7** Possibly Mutable Risk Factors
Associated with Preterm Birth

No or inadequate prenatal care usage
Cigarette smoking
Use of marijuana and other illicit drugs
Cocaine use
Alcohol consumption
Caffeine intake
Maternal weight gain
Dietary intake
Sexual activity during late pregnancy
Leisure-time physical activities

Chronic stressors may include financial insecurities, poor and crowded living conditions, unemployment, stressful working conditions, domestic violence, and unsatisfying marital relationships. Many of these risk factors are multifactorial and are deeply intertwined with social class, culture, race, and ethnicity. Continued research in the area of stress and its relationship to preterm birth is needed to determine the capacity for the prevention of preterm birth through the alleviation of stress. Essential to the development of successful interventions in this area is the elucidation of the biological pathways by which stressors influence preterm labor and the identification of biological markers that are more specific indicators of risk than the current measures of demographics and socioeconomic status.

Although it is often difficult to modify risk factors, a number of maternal behavioral risk factors for preterm delivery have been identified and are potentially mutable (Table B-7). Among those that can be targeted for the prevention of preterm birth include cigarette smoking, prenatal care utilization, and illicit drug use. Illicit drug use during pregnancy has been associated with a more than twofold increased risk of preterm premature rupture of membranes. However, the proportion of the pregnant population engaged in illicit drug use may be small, and to the extent that intervention efforts are effective in preventing drug use during pregnancy, the potentially attainable decrease in overall preterm birth rates from such interventions may be quite modest.

Table B-8 details risk factors for preterm birth by four time periods (1980 to 1984, 1985 to 1989, 1990 to 1994, and 1995 to 1999). The risk factors include the age of the mother, level of maternal education achieved, marital status, parity, maternal race, maternal nativity status, maternal complications of diabetes and hypertension, maternal smoking, and multiple births. For each risk factor, the table provides the percentage of births with the characteristic, the percentage of preterm births with the characteristic,

Copyright © National Academy of Sciences. All rights reserved.

Preterm Birth:  Causes, Consequences, and Prevention
http://www.nap.edu/catalog/11622.html

and the percentage of preterm births among all births with the characteristic. Odds ratios (ORs) are derived from a logistic regression by using preterm birth as the outcome variable. The attributable risk (AR) fraction is also indicated. The increasing role of multiple births in the increasing rates of preterm birth in the United States are evident from the data in Table B-8, with nearly 15 percent of preterm births being either twins or higher-order multiple births. The numbers of births to older mothers are also observed to be increasing, and the risk of a preterm birth is noted to rise with advancing maternal age (Table B-8 and Figure B-13). Nevertheless, the overall contribution of maternal age to preterm birth rates remains modest in comparison with the contributions of other maternal characteristics, e.g., multiple births and marital status.

### Gestational Age–Specific Mortality

Although the rates of preterm birth have been increasing over the last 20 years, infant mortality rates in the United States have continued to decline (10). Despite the occurrence of more high-risk births, the improvement in infant mortality appears to be driven by advancements in survival. As portrayed in Figure B-14, improvements in gestational age–specific infant mortality are evident for each gestational age interval beyond 20 to 21 weeks of gestation between the periods 1985–1988 and 1995–2000. Figure B-15 indicates the percent decline in gestational age–specific mortality between the periods. For births at 24 weeks gestation and greater, a more than 30 percent reduction in mortality risk occurred between the time periods. An approximately 40 percent decrease in infant mortality or better was evident for births at 26 to 31 weeks of gestation. Even births in the range of 22 to 23 weeks of gestation experienced some improvement in survival.

Within each of the well-established gestational age categories (i.e., very preterm, moderately preterm, term, and postterm), infant mortality rates were markedly lower for the 1995–2000 time period (Table B-9).

Geographic variations in infant mortality rates for preterm and very preterm births are provided in Figures B-16 and B-17 for 1995 to 2000 U.S. resident births. Considerable variation in the mortality risk of these high risk infants is apparent. States along the southern Atlantic coast evinced markedly higher mortality rates and for very preterm infants, elevated rates were also observed for several midwestern industrial states. Myriad factors may underlie these variations in the survival of preterm and very preterm births. In addition to differences in rates that may be influenced by gestational age measurement and reporting issues, variations in population risk characteristics may also be involved. Lastly, attributes of the health care system, including availability, access, and quality, may further be associated with these geographic patterns in infant mortality risk.

Copyright © National Academy of Sciences. All rights reserved.

# EXHIBIT G

BJPsych

The British Journal of Psychiatry (2011)
199, 180–186. doi: 10.1192/bjp.bp.110.077230

## Review article

# Abortion and mental health: quantitative synthesis and analysis of research published 1995–2009

Priscilla K. Coleman

**Background**
Given the methodological limitations of recently published qualitative reviews of abortion and mental health, a quantitative synthesis was deemed necessary to represent more accurately the published literature and to provide clarity to clinicians.

**Aims**
To measure the association between abortion and indicators of adverse mental health, with subgroup effects calculated based on comparison groups (no abortion, unintended pregnancy delivered, pregnancy delivered) and particular outcomes. A secondary objective was to calculate population-attributable risk (PAR) statistics for each outcome.

**Method**
After the application of methodologically based selection criteria and extraction rules to minimise bias, the sample comprised 22 studies, 36 measures of effect and 877 181 participants (163 831 experienced an abortion). Random effects pooled odds ratios were computed using adjusted odds ratios from the original studies and PAR statistics were derived from the pooled odds ratios.

**Results**
Women who had undergone an abortion experienced an 81% increased risk of mental health problems, and nearly 10% of the incidence of mental health problems was shown to be attributable to abortion. The strongest subgroup estimates of increased risk occurred when abortion was compared with term pregnancy and when the outcomes pertained to substance use and suicidal behaviour.

**Conclusions**
This review offers the largest quantitative estimate of mental health risks associated with abortion available in the world literature. Calling into question the conclusions from traditional reviews, the results revealed a moderate to highly increased risk of mental health problems after abortion. Consistent with the tenets of evidence-based medicine, this information should inform the delivery of abortion services.

**Declaration of interest**
None.

Despite federal legalisation of abortion in the USA in 1973, women's right to choose abortion has been hotly debated, factoring heavily into the broader political landscape. Paralleling political division at the societal level, there has been considerable debate among academics regarding the extent to which abortion poses serious mental health risks to women. Over the past several decades, hundreds of studies have been published indicating statistically significant associations between induced abortion and adverse psychological outcomes of various forms.[1–4] However, the authors of the three most recent qualitative literature reviews arrived at the conclusion that abortion does not pose serious risks above those associated with unintended pregnancy carried to term.[5–7] This conclusion is problematic for several reasons, the most salient of which are described briefly below.

First, only a handful of studies have actually included unintended pregnancy carried to term as a control group. Pregnancy intendedness is not well defined in the literature and basic conceptualisation and measurement issues challenge the validity of the intendedness variable as used in the available studies. Specifically, pregnancies that are terminated are sometimes initially intended by one or both partners and pregnancies that are initially unintended may become wanted as the pregnancy progresses, rendering assessment of intendedness subject to considerable change over time. In addition, pregnancy intendedness is typically measured dichotomously (intended/ unintended) when true responses may actually fall on a continuum from fully intended and planned for years to entirely unintended, with a great deal of variation likely between these two extremes. At least half of all pregnancies in the USA are classified as unintended and among adolescents and women over 40 years old the percentage is over 75%,[8,9] meaning the majority of women in the control groups in studies comparing abortion with term pregnancy actually delivered unintended pregnancies even if the variable was not directly assessed.

Second, many recently published studies with extensive controls for third variables were not reflected in the three recent reviews, with no explanation given as to why large segments of the peer-reviewed literature were missing. For instance, in the 2008 review by Charles et al,[6] several of the studies that were overlooked actually met the inclusion criteria.[10–19] Similarly, studies examining substance misuse were not included in two of the three reviews,[6,7] with no rationale for excluding them. Numerous studies have demonstrated statistically significant associations between abortion and subsequent substance misuse, a widely recognised and prevalent mental health problem.[2,10,20–24]

Third, in all three literature reviews the choice of studies lacked sufficient methodologically based selection criteria.[5–7] As a result the sample of studies included was either too broad, resulting in incorporation of results from numerous weaker studies, or too narrow, resulting in unjustified elimination of sound studies. Ironically, the largest review, by the American Psychological Association Task Force, exemplifies both problems as the selection criteria for one type of study (those with a comparison group) were simply publication of empirical data on induced abortion with at least one mental health measure in peer-reviewed journals in English on US and non-US samples;[5] however, non-US samples were avoided entirely for a second type of study (no comparison group) examined in this review without an appropriate rationale, resulting in elimination of dozens of methodologically sophisticated international studies. In the review conducted by Robinson et al the authors mention having identified 216 peer-reviewed papers on the topic of abortion and mental health and then note selection of a sample of studies that 'exemplify common errors in research methodology' as well as 'major articles that attempt to correct the flaws'.[7] No details were offered regarding how studies were chosen to fit into these two categories.

Abortion and mental health

The fourth troubling issue is the fact that quantification of effects was not attempted by any of the three research teams. Given the expansive literature on abortion and mental health, there is no reasonable justification for not quantifying effects. In the only truly systematic review available, published in 2003 by Thorp et al, stringent selection criteria were employed and their analysis of the largest and strongest studies available resulted in the conclusion that abortion is associated with an increased risk of depression that may lead to self-harm.[4] Owing to the broad objective of this review, which addressed physical complications as well, a wide range of mental health effects were not examined.

In this highly politicised area of research it is imperative for researchers to apply scientifically based evaluation standards in a systematic, unbiased manner when synthesising and critiquing research findings. If not, authors open themselves up to accusations of shifting standards based on conclusions aligned with a particular political viewpoint. Moreover, the results may be dangerously misleading and result in misinformation guiding the practice of abortion. Through a process of systematically combining the quantitative results from numerous studies addressing the same basic question (e.g. 'is there an association between abortion and mental health?') far more reliable results are produced than from particular studies that are limited in size and scope. Moreover, as a methodology wherein studies are weighted based on objective scientific criteria, meta-analysis offers a logical, more objective alternative to qualitative reviews when the area of study is embedded in political controversy. Therefore, in an effort to provide a long overdue, dispassionate analysis of the literature on abortion and mental health, the primary objective of this review was to conduct meta-analyses of associations between induced abortion and adverse mental health outcomes (depression, anxiety, substance use and suicidal behaviour) with sensitivity to the use of distinct control groups employed in the various studies (no abortion, unintended pregnancy delivered, pregnancy delivered). The focus was on studies published between 1995 and 2009 because of the considerable improvement in research designs on the topic of post-abortion mental health in recent years. Contemporary research on abortion and mental health has addressed a number of shortcomings of the earlier work by employing comparison groups with controls for third variables. However, there has also been increased emphasis on incorporating nationally representative samples, prospective designs, controls for prior psychiatric history and comprehensive assessments of mental health outcome measures which in some cases included actual medical records. A secondary objective of this review was to calculate population-attributable risk (PAR) percentages using pooled odds ratios derived from the meta-analysis subdivided by outcome measures. These statistics reflect the incidence of a disorder in the exposed sample (e.g. women who have undergone abortion) that is directly due to the exposure (the abortion procedure). Both the pooled odds ratios and the PAR percentages yielded herein provide readily interpretable indices of the mental health consequences of abortion and should offer new clarity to the academic debate and to clinicians seeking information to guide effective practice.

## Method

### Inclusion criteria

Studies identified using the Medline and PsycINFO databases were included in this review if they met the following criteria: a sample size of 100 or more participants; use of a comparison group (no abortion, pregnancy delivered or unintended pregnancy delivered); one or more mental health outcome variables (depression, anxiety, alcohol use, marijuana use or suicidal behaviour); controls for third variables; use of odds ratios to express effects observed to facilitate calculation of readily interpretable pooled odds ratios and PAR statistics; publication in English in peer-reviewed journals between 1995 and 2009.

### Rules for extraction and synthesis of effects

In addition to the above criteria, rules for extracting and synthesising data derived from the studies selected were developed based on the recommendations outlined by Lipsey,[25] to avoid overrepresentation of particular samples and statistical dependences among effects, and generally to ensure the most conservative and unbiased assemblage of results from the individual studies exhibiting considerable variability in reporting.

(a) Relevant studies contributed a maximum of one effect per outcome. When authors reported more than one effect per variable based on separate analyses conducted for distinct demographic groups, or when different diagnoses were reported on within a general class such as anxiety or depression, a composite odds ratio was derived to avoid overweighting in favour of particular studies.

(b) When studies had more than one comparison group, selection rules were employed to provide more weight to comparisons wherein the control group was most closely matched to the abortion group. Specifically, if 'unintended pregnancy delivered' was used the results relative to this group were selected, and when only 'pregnancy delivered' and 'no abortion' comparison groups were used, the effects pertaining to the 'pregnancy delivered' group were selected.

(c) In situations wherein separate results were reported based on one v. two or more abortions, the results specific to one abortion were selected to enable sampling of a more homogeneous population. There are studies suggesting differential effects based on the number of abortions.[26,27]

(d) When particular authors used the same sample and variables in more than one publication, only the most recent publication was selected. When the same data-set was used by different groups, both sets of results were included when distinct samples were defined.

### Statistical analysis

Meta-analyses were conducted using Comprehensive Meta-Analysis version 2.0 for Windows (Biostat, www.meta-analysis.com). Random effects meta-analyses were computed based on the socio-demographic heterogeneity of the study samples.[43] The random effects model takes into account two sources of variance (within-study error and variation in the true effects across studies) with the study weights designed to minimise both sources of variance.[43] A pooled odds ratio was computed using the full 36 effects extracted. In addition, two sets of subgroup pooled odds ratios were calculated based on the type of comparison group used and on specific forms of mental health problems. Adjusted odds ratios with controls for third variables were used in all the random effects meta-analyses. Finally, PAR percentages were computed using the pooled odds ratios (OR) derived from the random effects model subdivided by outcome measures. The PAR percentages were calculated using the formula $100 \times (Px(\text{OR}-1))/(1+Px(\text{OR}-1))$, where $Px$ is the estimate of population exposure; $Px$ is calculated as $c/(c+d)$, where $c$ is the number of women in the abortion group who did not experience the mental illness in question and $d$ is the number of women in the 'no abortion' group who were identified as not having the mental illness examined.

181

## Results

After applying the inclusion criteria and rules detailed above, the sample consisted of 22 peer-reviewed studies (15 from the USA and 7 from other countries);[3,20–22,24,26–42] these comprised 36 measures of effect (9 alcohol use/misuse, 5 marijuana, 7 anxiety, 11 depression, 4 suicidal behaviour) and a total of 877 181 participants, of whom 163 831 had experienced an abortion (see online Table DS1).

The first random effects meta-analysis, which included 36 adjusted odds ratios from the 22 studies identified, resulted in a pooled odds ratio of 1.81 (95% CI 1.57–2.09, $P < 0.0001$). The results of this analysis indicated that women who have had an abortion experienced an 81% higher risk of mental health problems of various forms when compared with women who had not had an abortion (Fig. 1). Results of a second random effects meta-analysis, wherein separate effects were produced based on the type of outcome measure, are provided in Fig. 2. All effects were statistically significant, with the largest pooled odds ratio derived for marijuana use (OR = 3.30, 95% CI 1.64–7.44, $P = 0.001$), followed by suicide behaviours (OR = 2.55, 95% CI 1.31–4.96, $P = 0.006$), alcohol use/misuse (OR = 2.10, 95% CI 1.77–2.49, $P < 0.0001$), depression (OR = 1.37, 95% CI 1.22–1.53, $P < 0.0001$) and anxiety (OR = 1.34, 95% CI 1.12–1.59, $P < 0.0001$). These results indicate that the level of increased risk

associated with abortion varies from 34% to 230% depending on the nature of the outcome.

In the third random effects meta-analysis (Fig. 3) three separate pooled odds ratios were produced based on the type of comparison group employed in the respective studies. When women who had terminated a pregnancy were compared with women who had not done so relative to all mental health problems, the result was statistically significant (OR = 1.59, 95% CI 1.36–1.85, $P < 0.0001$). When women who terminated a pregnancy were compared with women who carried to term, using the full set of mental health variables, the result was considerably stronger (OR = 2.38, 95% CI 1.62–3.50, $P < 0.0001$). Finally, when 'unintended pregnancy carried to term' operated as the comparison group, the result was likewise statistically significant and closer to the result relative to the 'no abortion' comparison group (OR = 1.55, 95% CI 1.30–1.83, $P < 0.0001$). These data indicate that regardless of the type of comparison group used, abortion is associated with an enhanced risk of experiencing mental health problems, with the magnitude of this risk ranging from 55% to 138%.

The last set of analyses involved calculation of PAR percentages based on pooled odds ratio estimates. The overall PAR percentage was nearly 10%, with the range for particular mental health problems extending from 8.3% for anxiety to 26.5% for marijuana use (Table 1). In addition, a pooled odds ratio for the two large-scale studies in which actual suicide was



**Fig. 1** Abortion and subsequent mental health outcomes. *alco*, alcohol misuse; *anx*, anxiety; *dep*, depression; *marij*, marijuana use; NCS, National Comorbidity Survey; NCFG, National Survey of Family Growth; *suic*, suicide.



**Fig. 2**  Abortion and subsequent mental health outcomes, organised by dependent measures. *NCS*, National Comborbidity Survey; *NCFG*, National Survey of Family Growth; *suic*, suicide.

measured yielded a significant result (OR = 4.11, 95% CI 1.82–9.31) and a PAR percentage of 34.9% was derived using this pooled odds ratio.

## Discussion

Based on data extracted from 22 studies, the results of this meta-analytic review of the abortion and mental health literature indicate quite consistently that abortion is associated with moderate to highly increased risks of psychological problems subsequent to the procedure. The magnitude of effects derived varied based on the comparison group (no abortion, pregnancy delivered, unintended pregnancy delivered) and the type of problem examined (alcohol use/misuse, marijuana use, anxiety, depression, suicidal behaviours). Overall, the results revealed that women who had undergone an abortion experienced an 81% increased risk of mental health problems, and nearly 10% of the incidence of mental health problems was shown to be directly attributable to abortion. The strongest effects were observed when women who had had an abortion were compared with women who had carried to term and when the outcomes measured related

to substance use and suicidal behaviour. Great care was taken to assess accurately the risks from the most methodologically sophisticated studies, and the quantitatively based conclusions reflect data gathered on over three-quarters of a million women. Of particular significance is the fact that all effects entered into the analyses were adjusted odds ratios with controls for numerous third variables.

The finding that abortion is associated with significantly higher risks of mental health problems compared with carrying

**Table 1**  Population-attributable risk (PAR) percentages based on outcome measure

| Outcome | PAR % |
|---|---|
| Anxiety | 8.1 |
| Depression | 8.5 |
| Alcohol use | 10.7 |
| Marijuana use | 26.5 |
| All suicidal behaviours | 20.9 |
| Suicide | 34.9 |
| All | 9.9 |



| Study name | | Statistics for each study | | | | | Odds ratio and 95% CI |
|---|---|---|---|---|---|---|---|
| | Upper limit | Odds ratio | Lower limit | Z | P | |
| *Delivery* | | | | | | |
| Coleman et al 2008[28] *alco* | 6.810 | 3.390 | 1.688 | 3.430 | 0.001 | |
| Coleman et al 2002[29] *alco* | 3.474 | 2.396 | 1.652 | 4.609 | 0.000 | |
| Coleman et al 2002[29] *marij* | 13.787 | 8.554 | 5.307 | 8.814 | 0.000 | |
| Coleman et al 2002[30] *anx* | 1.300 | 1.140 | 1.000 | 1.958 | 0.050 | |
| Coleman et al 2002[30] *dep* | 1.375 | 1.160 | 0.979 | 1.711 | 0.087 | |
| Cougle et al 2003[31] *dep* | 2.420 | 1.639 | 1.110 | 2.485 | 0.013 | |
| Gissler et al 1996[34] *suic* | 9.784 | 5.900 | 3.558 | 6.878 | 0.000 | |
| Pederson 2008[35] *dep* | 5.484 | 1.750 | 0.568 | 0.960 | 0.337 | |
| Reardon et al 2003[38] *dep* | 2.623 | 1.924 | 1.411 | 4.140 | 0.000 | |
| Reardon et al 2002[37] *suic* | 5.665 | 2.540 | 1.139 | 2.278 | 0.023 | |
| All delivery | 3.502 | 2.386 | 1.626 | 4.443 | 0.000 | |
| *No abortion* | | | | | | |
| Coleman et al 2009[20] *alco* | 2.595 | 1.898 | 1.388 | 4.014 | 0.000 | |
| Coleman et al 2009[20] *anx* | 2.348 | 1.787 | 1.380 | 4.171 | 0.000 | |
| Coleman et al 2009[20] *dep* | 1.776 | 1.405 | 1.111 | 2.841 | 0.004 | |
| Coleman et al 2005[26] *alco* | 2.761 | 1.620 | 0.950 | 1.773 | 0.076 | |
| Dingle et al 2008[21] *dep* | 2.449 | 1.500 | 0.919 | 1.620 | 0.105 | |
| Dingle et al 2008[21] *alco* | 3.446 | 2.100 | 1.280 | 2.937 | 0.002 | |
| Dingle et al 2008[21] *anx* | 2.449 | 1.500 | 0.919 | 1.620 | 0.105 | |
| Dingle et al 2008[21] *marij* | 2.500 | 1.500 | 0.900 | 1.556 | 0.120 | |
| Pedersen 2007[24] *alc* | 3.717 | 2.000 | 1.076 | 2.192 | 0.028 | |
| Pedersen 2007[24] *marij* | 6.411 | 3.400 | 1.803 | 3.782 | 0.000 | |
| Rees & Sabia 2007[40] *dep* | 4.573 | 2.150 | 1.011 | 1.988 | 0.047 | |
| Steinberg & Russo 2008[27] *anx/NCS* | 1.420 | 0.914 | 0.588 | −0.400 | 0.689 | |
| Taft & Watson 2008[42] *dep* | 1.507 | 1.220 | 0.988 | 1.846 | 0.065 | |
| All no abortion | 1.856 | 1.592 | 1.366 | 5.939 | 0.000 | |
| *Unintended pregnancy* | | | | | | |
| Coleman 2006[10] *alco* | 27.268 | 5.720 | 1.200 | 2.189 | 0.029 | |
| Coleman 2006[10] *marij* | 40.697 | 9.000 | 1.990 | 2.854 | 0.004 | |
| Cougle et al 2005[32] *anx* | 1.705 | 1.340 | 1.053 | 2.381 | 0.017 | |
| Fergusson et al 2008[22] *suic ideation* | 3.171 | 1.610 | 0.818 | 1.377 | 0.168 | |
| Fergusson et al 2008[22] *alco* | 8.196 | 2.880 | 1.012 | 1.982 | 0.047 | |
| Fergusson et al 2008[22] *anx* | 3.649 | 2.130 | 1.243 | 2.752 | 0.006 | |
| Fergusson et al 2008[22] *dep* | 2.224 | 1.310 | 0.772 | 1.000 | 0.317 | |
| Gilchrist et al 1995[53] *self-harm* | 2.614 | 1.700 | 1.106 | 2.418 | 0.016 | |
| Reardon & Cougle 2002[36] *dep* | 2.608 | 1.540 | 0.909 | 1.606 | 0.108 | |
| Reardon et al 2004[49] *alco* | 3.112 | 1.720 | 0.951 | 1.793 | 0.073 | |
| Reardon et al 2004[49] *marij* | 3.390 | 2.000 | 1.180 | 2.575 | 0.010 | |
| Schmiege & Russo 2005[41] *dep* | 1.663 | 1.190 | 0.852 | 1.019 | 0.308 | |
| Steinberg & Russo 2008[27] *anx/NCFG* | 1.609 | 1.210 | 0.910 | 1.310 | 0.190 | |
| All unintended pregnancy | 1.836 | 1.551 | 1.309 | 5.082 | 0.000 | |

0.01　　0.1　　1　　10　　100

Favours no abortion　　　　　Favours abortion

**Fig. 3**   Abortion and subsequent mental health outcomes, organised by comparison group. *alco*, alcohol misuse; *anx*, anxiety; *dep*, depression; *marij*, marijuana use; *NCS*, National Comorbidity Survey; *NCFG*, National Survey of Family Growth; *suic*, suicide.

a pregnancy to term is consistent with literature demonstrating protective effects of pregnancy delivered relative to particular mental health outcomes. For example, with regard to suicide, Gissler *et al* reported the annual suicide rate for women of reproductive age to be 11.3 per 100 000, whereas the rate was only 5.9 per 100 000 in association with birth.[34] Several other studies conducted in different countries have revealed even lower rates of suicide following birth when compared with women in the general population.[44–47] More research is needed to examine systematically the specific nature of this protective effect against suicide, to determine the extent to which the protective effect holds for unintended pregnancies delivered, and to examine possible protective effects of childbirth relative to other mental health variables.

When the abortion group was compared with the no pregnancy group and with the unintended pregnancy delivered group, the magnitude of the effects was very close. This finding challenges the generally accepted belief that unintended pregnancy delivered represents the only or most appropriate control group for studies designed to explore the impact of abortion on mental health. Use of a no pregnancy delivered group may be a cleaner control group, since many women experience postpartum depression and/or anxiety following childbirth. From a practical standpoint, a no pregnancy comparison group should be considerably easier to secure than a group of women who deliver an unintended pregnancy.

## Future research

Future studies should explore possible process mechanisms linking abortion to substance misuse and suicidal behaviour, since the strongest effects were detected for these variables. For example, substance misuse and suicidal behaviour may result from efforts to block or avoid any psychological pain associated with the procedure and may be construed as faster, easier remedies for personal suffering than seeking professional help. Women could find it particularly difficult to reach out to others if they experience shame or guilt associated with the abortion. Consistent with the contemporary ethos of evidence-based medicine wherein effective use is made of the best available data from systematic research, firm standards should be articulated for accessing and synthesising information from the published literature for the purpose of training healthcare personnel. The results of this systematic, quantitative review cast serious doubt on the conclusions derived from the recently published traditional reviews described earlier,[5–7] and suggest that there are in fact some real risks associated with abortion that should be shared with women as they are counselled prior to an abortion decision.

Abortion and mental health

Healthcare professionals are responsible for educating patients in a manner that reflects the current scientific literature; however, the average practitioner does not generally have the time and expertise to study and attempt to resolve conflicting interpretations of the published research in order to extract the most reliable information. The responsibility therefore rests initially within the research community to set aside personal ideological commitments, objectively examine all high-quality published data, and conduct analyses of the literature that are based on state-of-the-art data analysis procedures, yielding readily interpretable synopses as has been attempted here. Once this goal is satisfactorily realised, professional organisations will face the challenge of developing efficient protocols for informing practitioners and for streamlining the dissemination of information to the public.

The US Preventive Services Task Force (USPSTF) within the Agency for Healthcare Research and Quality, which is a division of the US Department of Health and Human Services (www.ahrq.gov/clinic/3rduspstf/ratings.htm), has identified basic guidelines for how scientific evidence should be used to inform practice. These are summarised below and are based on an analysis of risks and benefits as established in the scientific literature.

- Level A: Good scientific evidence indicates the benefits of the service substantially outweigh the risks with clinicians advised to discuss the service with eligible patients.

- Level B: Fair scientific evidence indicates the benefits of the service outweigh the risks with clinicians encouraged to discuss the service with eligible patients.

- Level C: At least fair scientific evidence indicating benefits are provided by the service, but the balance between benefits and risks precludes general recommendations. Clinicians are advised to only offer the service if there are special considerations.

- Level D: At least fair scientific evidence indicates the risks of the service outweigh benefits with clinicians advised not to routinely offer the service.

- Level I: Scientific evidence is deficient, poorly done, or conflicting precluding assessment of the risk benefit ratio. Clinicians are advised to convey the uncertainty of evidence surrounding the service to patients.

## Putative benefits of abortion

Procedure benefits of abortion have not been empirically established and the results of the substantial review by Thorp *et al* described earlier in conjunction with the results of the present quantitative synthesis indicate considerable evidence documenting mental health risks.[4] Without more research pertaining to possible benefits, the above guidelines are difficult to apply. In one study by Major *et al*,[14] the average response of the study respondents reflecting their positive post-abortion emotional reactions (defined as 'happy', 'pleased' or 'satisfied') was 2.24 on a scale of 1 to 5, with 1 corresponding to 'not at all' and a 5 representing 'a great deal'. The passage of time apparently did not result in more positive emotions, because 2 years after abortion the average rating dropped by a statistically significantly amount to 2.06. A few additional studies have addressed associations between abortion and educational attainment, income and other outcomes of this nature, which may be construed as indirect indicators of mental health;[48,49] however, mental health benefits have received scant direct attention in the literature.

Concerns regarding the deficient positive effects literature were echoed in an editorial published in the *Psychiatric Bulletin*,[50] in which Fergusson questioned the legitimacy of justifying over 90% of UK abortions based on the presumption that abortion offers the benefit of reducing mental health risks associated with continuing the pregnancy. Fergusson specifically stated:

Although decisions on whether to proceed with induced abortion are made on the basis of clinical assessments of the extent to which abortion poses a risk to maternal mental health, these clinical assessments are not currently supported by population-level evidence showing the provision of abortion reduces mental health risks for women having unwanted pregnancy.[50]

Until sound evidence documenting mental health benefits of abortion is available, clinicians should convey the current state of uncertainty related to benefits of abortion in addition to sharing the most accurate information pertaining to statistically validated risks.

## Strengths and limitations of this review

Motivated by the shortcomings of previous non-quantitative efforts to synthesise and analyse a complex literature prone to biased interpretations, I have attempted in this study to evaluate systematically a wealth of data on the topic of abortion and mental health. The use of inclusion criteria that resulted in incorporation of the largest and strongest studies published in recent years is an obvious strength. However, the review is clearly not exhaustive as only a 15-year publication window was examined and studies that did not incorporate a comparison group were not analysed. There is a great need for a quantitative review of literature examining the hundreds of studies that have been conducted on samples of women who obtained abortions without inclusion of a comparison group. As noted previously, the review of literature conducted by the American Psychological Association Task Force confined their examination of this study form to US samples.[5] Another limitation of my study relates to the lack of uniformity in control variables, demographic characteristics of the samples, length of time between the procedure and the follow-up assessments, and considerable variation in how the outcomes were measured.

It is encouraging to note that methodologically sophisticated studies on the topic of abortion and mental health are being published at a significantly higher rate than ever before. Researchers throughout the world are seeking to understand the experience of induced abortion more fully and are increasingly willing to take on a subject that has been shrouded in political controversy and has not received the scholarly attention it deserves. The latest example is a study based on National Comorbidity Survey – Replication data by Canadian researchers Mota *et al*.[51] This 2010 study was published after the analyses reported herein were conducted; however, its results are startlingly similar. Statistically significant associations were observed between abortion history and a wide range of mental health problems after controlling for the experience of interpersonal violence and demographic variables. When compared with women without an abortion history, women with a prior abortion experienced a 61% increased risk of mood disorders. Abortion was further linked with a 61% increased risk of social phobia, and increased the risk of suicide ideation by 59%. In the realm of substance misuse, the abortion-related increased risks for alcohol misuse, alcohol dependence, drug misuse, drug dependence and any substance use disorder were 261%, 142%, 313%, 287% and 280% respectively. Population-attributable risk percentages were likewise similar, ranging from 5.8% to 24.7%.[51]

## Concluding remarks

This review was undertaken in an effort to produce an unbiased, quantitative analysis of the best available evidence addressing abortion as one risk factor among many others that may increase the likelihood of mental health problems. The composite results reported herein indicate that abortion is a statistically validated risk factor for the development of various psychological disorders. However, when the independent variable cannot be ethically manipulated, as is the case with abortion history, definitive causal

conclusions are precluded from both individual studies and from a quantitative synthesis such as this one. Although an answer to the causal question is not readily discerned based on the data available, as more prospective studies with numerous controls are being published, indirect evidence for a causal connection is beginning to emerge.

**Priscilla K. Coleman**, Human Development and Family Studies, 16 D FCS Building, Bowling Green State University, Bowling Green, Ohio 43402, USA. Email: pcolema@bgnet.bgsu.edu

First received 1 Jan 2010, final revision 5 Oct 2010, accepted 21 Mar 2011

## References

1 Bradshaw Z, Slade P. The effects of induced abortion on emotional experiences and relationships: a critical review of the literature. *Clin Psychol Rev* 2003; **23**: 929–58.

2 Coleman PK. Induced abortion and increased risk of substance use: a review of the evidence. *Curr Women's Health Rev* 2005; **1**: 21–34.

3 Coleman PK, Reardon DC, Strahan TS, Cougle JR. The psychology of abortion: a review and suggestions for future research. *Psychol Health* 2005; **20**: 237–71.

4 Thorp J, Hartman K, Shadigan E. Long-term physical and psychological health consequences of induced abortion: review of the evidence. *Obstet Gynecol Surv* 2003; **58**: 67–79.

5 American Psychological Association Task Force on Mental Health and Abortion. *Report of the American Psychological Association Task Force on Mental Health and Abortion.* APA, 2008.

6 Charles VE, Polis CB, Sridhara SK, Blum RW. Abortion and long-term mental health outcomes: a systematic review of the evidence. *Contraception* 2008; **78**: 436–50.

7 Robinson GE, Stotland NL, Russo NF, Lang JA, Occhiogrosso M. Is there an 'abortion trauma syndrome'? Critiquing the evidence. *Harv Rev Psychiatry* 2009; **17**: 268–90.

8 Kost K, Forrest JD. Intention status of US births in 1988: differences by mothers' socioeconomic and demographic characteristics. *Fam Plann Perspect* 1995; **27**: 11–7.

9 Squires S. Most pregnacies unplanned or unwanted, study says. *Washington Post* 9 May 1995; **11**: 7.

10 Coleman PK. Resolution of unwanted pregnancy during adolescence through abortion versus childbirth: individual and family predictors and consequences. *J Youth Adolesc* 2006; **35**: 903–11.

11 Henshaw R, Naji S, Russell I, Templeton A. Psychological responses following medical abortion (using mifepristone and gemeprost) and surgical vacuum aspiration: a patient-centered, partially randomized prospective study. *Acta Obstet Gynec Scand* 1994; **73**: 812–8.

12 Lauzon P, Roger-Achim D, Achim A, Boyer R. Emotional distress among couples involved in first trimester abortions. *Can Fan Physician* 2000; **46**: 2033–40.

13 Lyndon J, Dunkel-Schetter C, Cohan CL, Pierce T. Pregnancy decision making as a significant life event: a commitment approach. *J Pers Soc Psychol* 1996; **71**: 141–51.

14 Major B, Cozzarelli C, Cooper ML, Zubek J, Richards C, Wilhite M, et al. Psychological responses of women after first trimester abortion. *Arch Gen Psychiatry* 2000; **57**: 777–84.

15 Major B, Cozzarelli C, Sciacchitano AM, Cooper ML, Testa M, Mueller PM. Perceived social support, self-efficacy, and adjustment to abortion. *J Pers Soc Psychol* 1990; **59**: 186–97.

16 Miller WB. An empirical study of the psychological antecedents and consequences of induced abortion. *J Soc Issues* 1992; **48**: 67–93.

17 Miller WB, Pasta DJ, Dean CL. Testing a model of the psychological consequences of abortion. In *The New Civil War: The Psychology, Culture, and Politics of Abortion* (eds LJ Beckman, SM Harvey): pp. 235–67. American Psychological Association, 1998.

18 Reardon DC, Coleman PK. Relative treatment rates for sleep disorders following abortion and childbirth: a prospective record-based study. *Sleep* 2006; **29**: 105–6.

19 Slade P, Heke S, Fletcher J, Stewart PA. comparison of medical and surgical methods of termination of pregnancy: choice, psychological consequences, and satisfaction with care. *Br J Obstet Gynaecol* 1998; **105**: 1288–95.

20 Coleman PK, Coyle CT, Shuping M, Rue VM. Induced abortion and anxiety, mood, and substance abuse disorders: isolating the effects of abortion in the National Comorbidity Survey. *J Psychiatr Res* 2009; **43**: 770–6.

21 Dingle K, Alati R, Clavarino A, Najman JM, Williams GM. Pregnancy loss and psychiatric disorders in young women: an Australian birth cohort study. *Br J Psychiatry* 2008; **193**: 455–60.

22 Fergusson DM, Horwood LJ, Boden JM. Abortion and mental health disorders: evidence from a 30-year longitudinal study. *Br J Psychiatry* 2008; **193**: 444–51.

23 Fergusson DM, Horwood LJ, Ridder EM. Abortion in young women and subsequent mental health. *J Child Psychol Psychiatry* 2006; **47**: 16–24.

24 Pedersen W. Childbirth, abortion and subsequent substance use in young women: a population-based longitudinal study. *Addiction* 2007; **102**: 1971–8.

25 Lipsey MW. Identifying interesting variables and analysis opportunities. In *The Handbook of Research Synthesis and Meta-Analysis*, 2nd edn (eds H Cooper, LV Hedges, JC Valentine): 147–58. Russell Sage Foundation, 2009.

26 Coleman PK, Reardon DC, Cougle J. Substance use among pregnant women in the context of previous reproductive loss and desire for current pregnancy. *Br J Health Psychol* 2005; **10**: 255–68.

27 Steinberg JR, Russo NF. Abortion and anxiety: what's the relationship? *Soc Sci Med* 2008; **67**: 238–52.

28 Coleman PK, Maxey DC, Spence M, Nixon C. The choice to abort among mothers living under ecologically deprived conditions: predictors and consequences. *Int J Ment Health Addiction* 2009; **7**: 405–22.

29 Coleman PK, Reardon DC, Rue V, Cougle J. History of induced abortion in relation to substance use during subsequent pregnancies carried to term. *Am J Obstet Gynecol* 2002; **187**: 1673–8.

30 Coleman PK, Reardon DC, Rue V, Cougle J. State-funded abortions vs. deliveries: a comparison of outpatient mental health claims over four years. *Am J Orthopsychiatry* 2002; **72**: 141–52.

31 Cougle J, Reardon DC, Coleman PK. Depression associated with abortion and childbirth: a long-term analysis of the NLSY cohort. *Med Sci Monit* 2003; **9**: CR105–12.

32 Cougle J, Reardon DC, Coleman PK, Rue VM. Generalized anxiety associated with unintended pregnancy: a cohort study of the 1995 National Survey of Family Growth. *J Anxiety Disord* 2005; **19**: 137–42.

33 Gilchrist AC, Hannaford PC, Frank P, Kay CR. Termination of pregnancy and psychiatric morbidity. *Br J Psychiatry* 1995; **167**: 243–8.

34 Gissler M, Hemminki E, Lonnqvist J. Suicides after pregnancy in Finland, 1987–94: register linkage study. *BMJ* 1996; **313**: 1431–4.

35 Pedersen W. Abortion and depression: a population-based longitudinal study of young women. *Scand J Public Health* 2008; **36**: 424–8.

36 Reardon DC, Cougle J. Depression and unintended pregnancy in the National Longitudinal Survey of Youth: a cohort study. *BMJ* 2002; **324**: 151–2.

37 Reardon DC, Cougle J, Ney PG, Scheuren F, Coleman PK, Strahan TW. Deaths associated with delivery and abortion among California Medicaid patients: a record linkage study. *South Med J* 2002; **95**: 834–41.

38 Reardon DC, Cougle J, Rue VM, Shuping M, Coleman PK, Ney PG. Psychiatric admissions of low-income women following abortion and childbirth. *CMAJ* 2003; **168**: 1253–6.

39 Reardon DC, Coleman PK, Cougle J. Substance use associated with prior history of abortion and unintended birth: a national cross sectional cohort study. *Am J Drug Alcohol Abuse* 2004; **26**: 369–83.

40 Rees DI, Sabia JJ. The relationship between abortion and depression: new evidence from the Fragile Families and Child Wellbeing Study. *Med Sci Monit* 2007; **13**: 430–6.

41 Schmiege S, Russo NF. Depression and unwanted first pregnancy: longitudinal cohort study. *BMJ* 2005; **331**: 1303.

42 Taft AJ, Watson LF. Depression and termination of pregnancy (induced abortion) in a national cohort of young Australian women: the confounding effect of women's experience of violence. *BMC Public Health* 2008; **8**: 75.

43 Borenstein M, Hedges LV, Higgins JPT, Rothstein HR. *Introduction to Meta-Analysis.* Wiley, 2009.

44 Appleby L. Suicide during pregnancy and in the first postnatal year. *BMJ* 1991; **302**: 137–40.

45 Kleiner GJ, Greston WM (eds). *Suicide in Pregnancy.* John Wright, 1984.

46 Lindahl V, Pearson JL, Colpe L. Prevalence of suicidality during pregnancy and the postpartum. *Arch Womens Ment Health* 2005; **8**: 77–87.

47 Schiff MA, Grossman DC. Adverse perinatal outcomes and risk of postpartum suicide attempt in Washington State, 1987–2001. *Pediatrics* 2006; **118**: e669–75.

48 Bailey PE, Bruno ZV, Bezerra MF, Queiroz J, Oliveira CM, Chen-Mok M. Adolescent pregnancy 1 year later: the effects of abortion vs. motherhood in Northeast Brazil. *J Adolesc Health* 2001; **29**: 223–32.

49 Fergusson DM, Boden JM, Horwood LJ. Abortion among young women and subsequent life outcomes. *Perspect Sex Reprod Health* 2007; **39**: 6–12.

50 Fergusson DM. Abortion and mental health. *Psychiatr Bull* 2008; **32**: 321–4.

51 Mota NP, Burnett M, Sareen J. Associations between abortion, mental disorders, and suicidal behaviour in a nationally representative sample. *Can J Psychiatry* 2010; **55**: 239–47.