UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., <br><br>Plaintiff, <br><br>v. <br><br>COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) No. 1:18-cv-1219-RLY-DLP ) ) ) ) ) ) |

**Supplemental Declaration of John William Stutsman, M.D., FACOG**

John William Stutsman, being duly sworn upon his oath, says that:

1. This declaration is a supplement to the prior one that I submitted in this case and all the information that I previously submitted remains true and correct.

2. I am aware that in her declaration Dr. Francis opines that "there is inadequate data on the frequency and severity of abortion complications." This simply is not so. Abortion is one of the most frequently studied medical procedures. As the Summary of the Consensus Study Report of the National Academies of Sciences, Engineering, and Medicine entitled *The Safety and Quality of Abortion Care in the United States*, which I attached to my earlier declaration, states:

> When the Institute of Medicine (IOM) issued its 1975 report on the public health impact of legalized abortion, the scientific evidence on the safety and health effects of legal abortion services was limited. It had been only 2 years since the landmark *Roe v. Wade* decision had legalized abortion throughout the United State, and nationwide data collection was just under way. Today, the available evidence on abortion's health effects is quite robust. There is a great deal of related scientific research, including well-designed

[1]

>   randomized controlled trials (RCT's), systematic reviews, and epidemiological studies examining the relative safety of abortion methods and the appropriateness of methods for different clinical circumstances.

(Dkt. 16-2 at 33) (footnote omitted),

3.  The National Academies report also indicates (*Id.* at 37) that "[a]bortion is among the most regulated medical procedures in the nation."

4.  The National Academies report is based on experimental and observation research, including controlled trials, systematic reviews, meta-analysis, cohort studies and case control studies. (*Id.* at 68). It is widely deemed to be authoritative and reliable.

5.  I note that Dr. Francis attaches a report by Dr. Byron C. Calhoun in which he opines that accurate data concerning the results of abortions is not available and that there is increased maternal mortality in abortion compared to live birth. This simply is not true as is amply demonstrated by the National Academies report that notes, after reviewing an enormous amount of data that:

>   Death associated with a legal abortion in the United States is an exceedingly rare event. . . [T]he risk of death subsequent to a legal abortion (0.7 per 100,000) is a small fraction of that for childbirth (8.8 per 100,000). Abortion-related mortality is also lower than that for colonoscopies (2.9 per 100,000), plastic surgery (0.8 to 1.7 per 100,000), dental procedures (0.0 to 1.7 per 100,000), and adult tonsillectomies (2.9 to 6.3) per 100,000). Comparable data for common medical procedures are difficult to find.

(Dkt. 16-2 at 98) (footnotes and internal citations omitted).

6.  Dr. Francis cites older articles discussing the rates of uterine perforation in abortions. As I stated in my earlier declaration, uterine perforation is a potential, albeit rare, consequence of a surgical abortion. Again, however, this is an area where there has been extensive study and the National Academies in their detailed review concluded:

[2]

> While the risk of uterine perforation in older studies has been reported as ≤0.1 percent to 2.3 percent, the majority of more recent studies of aspiration abortion report no cases of uterine perforation or note that perforations that occurred were successfully managed conservatively without the need for additional surgery or hospitalization. In the study of almost 35,000 California Medicaid abortions . . . 0.01 percent resulted in a perforation.

(Dkt. 16-2 at 88).

7.  Dr. Francis also cites to literature concerning the effect of abortions on subsequent pregnancies and the mental health of the woman. There is a large amount of research on this, and in reviewing the research and evidence the National Academies report concluded that:

> The committee identified high-quality research on numerous outcomes of interest and concludes that having an abortion does not increase a woman's risk of secondary infertility, pregnancy-related hypertensive disorders, abnormal placentation (after a D&E) abortion), preterm birth, breast cancer, or mental health disorders (depression, anxiety, and PTSD), And increased risk of very preterm birth (<28 weeks' gestation), in a woman's first birth was found to be associated with having two or more prior aspiration abortions . . . . Preterm birth is associated with pregnancy spacing after an abortion; it is more likely if the interval between abortion and conception is less than 6 months (the same is also try of pregnancy spacing in general).

(Dkt. 16-2 at 163-64).

8.  In reaching its conclusion that an abortion does not increase the risk of subsequent mental illness for the woman the National Academies noted that an earlier study by Dr. P.K. Coleman, whose later work is cited by Dr. Francis, was not reliable as it "failed to control adequately for pre-existing mental disorders." (Dkt. 16-2 at 161). This is a similar criticism of Dr. Coleman's earlier work levelled by two seminal studies, both of which concluded that abortions did not lead to deleterious mental health effects. *See Induced Abortion and Mental Health – A Systematic Review of the Mental Health Outcomes of Induced*

[3]

*Abortion, Including their Prevalence and Associated Factors* (December 2011) by the Academy of Medical Royal Colleges / National Collaborating Centre for Mental Health (http://www.aomrc.org.uk/wpcontent/uploads/2016/05/Induced_Abortion_Mental _Health_1211.pdf at 8; *id. at* Tables 8, 11, 15 at 57, 72, 96 and *id.* at 62, 88, 107; American Psychological Association's Task Force on Mental Health and Abortion in 2008 (http://www.apa.org/pi/wpo/mental-health-abortion-report.pdf at 22-24, 92). Both of these criticized an earlier study by Dr. Coleman and the Academy of Medical Royal Colleges reviewed the specific study cited by Dr. Francis and concluded that "a number of methodological problems with the meta-analysis conducted in the Coleman review have been identified, which brings into questions both the results and conclusions"; the report identified these methodological problems as including "errors in the classification of the comparison group" and "interdependence between studies [that] was not adequately taken into account within the analysis," among others. (RC/NCCMH Report at 18)

## Verification

I verify, under the penalties of perjury, that the foregoing representations are true.

Executed on: 6/4/18

John William Stutsman, M.D.

Prepared by:

Kenneth J. Falk
No. 6777-49
ACLU of Indiana
2457 E. Washington St. – Suite Z
Indianapolis, IN 46201