UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:18-cv-01219-RLY-DLP |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, MARION COUNTY PROSECUTOR, LAKE COUNTY PROSECUTOR, MONROE COUNTY PROSECUTOR, TIPPECANOE COUNTY PROSECUTOR, THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY ON MOTION HEARING OF JUNE 8, 2018**

**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Comes now the Plaintiff by Ken Falk, Gavin Rose and Jan Mensz, defendant appears by Tom Fisher and Julia Payne for the hearing on Motion for Temporary Preliminary Injunction filed by Plaintiff.

The court hears argument from the counsel and the Motion for Preliminary Injunction is TAKEN UNDER ADVISMENT.

Findings of Fact and Conclusions of Law shall be filed no later than Monday, June 18, 2018.

Distributed Electronically to Registered Counsel of Record