UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:18-cv-01219-RLY-DLP |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**Joint Motion to Consolidate Hearing on Preliminary Injunction Motion with Trial on the Merits**

The parties, by their counsel, state that:

1. Plaintiff has moved for a preliminary injunction in this cause. (Dkt. 113)

2. The parties have discussed this matter and agree that the hearing on the preliminary injunction should be consolidated with the trial on the merits.

3. The parties further agree that they do not anticipate producing live testimony at any hearing and instead agree that the Court may rely on the evidentiary submissions accompanying the briefing in this matter as the evidence at trial.

4. The parties therefore anticipate that the consolidated hearing will consist only of oral argument and agree that 30 minutes for each side should be sufficient.

[1]

WHEREFORE, the parties request that the hearing on the preliminary injunction in this case be consolidated with the trial on the merits as allowed by Federal Rule of Civil Procedure 65(a), and for all other proper relief.

| | |
|---|---|
| s/ *Kenneth J. Falk* | s/ *Thomas M. Fisher* |
| Kenneth J. Falk | (w/ permission) |
| Gavin M. Rose | Thomas M. Fisher |
| Stevie J. Pactor | Solicitor General |
| ACLU of Indiana | Julia C. Payne |
| 1031 E. Washington St. | Deputy Attorney General |
| Indianapolis, IN 46202 | IGCS-5th Floor |
| 317/635-4059 | 302 W. Washington St. |
| fax: 317/635-4105 | Indianapolis, IN 46204 |
| kfalk@aclu-in.org | 317/232-6201 |
| grose@aclu-in.org | fax: 317/232-7979 |
| spactor@aclu-in.org | Tom.Fisher@atg.in.gov |
| | Julia.Payne@atg.in.gov |
| Carrie Flaxman | Attorneys for Defendants |
| Planned Parenthood Federation of America | |
| 1100 Vermont Ave., NW | |
| Suite 300 | |
| Washington, D.C. 20005 | |
| 202/973-4830 | |
| Carrie.flaxman@ppfa.org | |
| Attorneys for Plaintiff | |

[2]