# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:18-cv-01219-RLY-DLP |

**SUPPLEMENTAL DECLARATION OF CHRISTINA FRANCIS, M.D., IN OPPOSITION TO PLAINTIFF'S <u>SECOND MOTION FOR PRELIMINARY INJUNCTION</u>**

Christina Francis, M.D., being duly sworn upon her oath, declares as follows:

1. The declaration I submitted on June 1, 2018, in opposition to Plaintiff's First Motion for Preliminary Injunction remains accurate, and I adopt it for purposes of Plaintiff's Second Motion for Preliminary Injunction.

2. My updated curriculum vitae is attached.

3. Since my last declaration in this case, I was deposed on May 28, 2019, in *Bernard v. Members of the Ind. Med. Licensing Bd.*, No. 1:19-cv-01660 (S.D. Ind.).

4. "Pelvic inflammatory disease" is a catch-all term for inflammation of the upper genital tract caused by infection in women. While any infection resulting from abortion would most likely originate in the pelvis, it could spread to other areas of the body. It is also possible to have toxic shock syndrome occur from infections related to medication abortions which would not necessarily originate in the pelvis. It would be reasonable for the State to collect data both as to infections located specifically in the pelvis and other infections that would not be referred to as "pelvic inflammatory disease."

5. "Free fluid in the abdomen" could result either from bleeding into the abdomen caused by uterine perforation or from pelvic or abdominal infections. It would be reasonable for the State to collect data both on the presence of such fluid and its cause.

6. I am not receiving compensation specifically for rendering the above statements and opinions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 3/11/2022

Christina Francis, M.D.

2