UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 1:18-cv-01219-RLY-DLP ) ) ) ) ) ) |

**Order**

The parties having filed their Joint Motion to Consolidate Hearing on Preliminary Injunction Motion with Trial on the Merits, and the Court having read the motion and being duly advised finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that the trial on the merits of this case is advanced and consolidated with the preliminary injunction hearing.

IT IS FURTHER ORDERED that the consolidated trial on the merits and preliminary injunction hearing shall be held on MAY 5, 2022 at 1:30 p.m. (Central) in Room 301, EVANSVILLE, Indiana.

IT IS FURTHER ORDERED that since both parties have waived presentation of evidence at the consolidated trial and preliminary injunction hearing, the Court, as requested by the parties, shall rely exclusively on the evidentiary submissions

[2]

accompanying the briefing in this matter and accordingly, the hearing shall only be for oral argument of counsel for the parties who shall each have 30 minutes to present their case.

\_4/06/2022_____        _____
Date                             RICHARD L. YOUNG, JUDGE
                                 United States District Court
                                 Southern District of Indiana

To:   All ECF-registered counsel of record

[2]