UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, <br><br> Defendants. | No. 1:18-cv-01219-RLY-DLP |

**ENTRY DISMISSING CASE**

On August 29, 2022, the parties filed a joint stipulation of dismissal. (Filing No. 145). Consistent with that stipulation, the court hereby **DISMISSES** this case **without prejudice**, with each party to pay its own costs and attorneys' fees. Plaintiff's pending motion for a preliminary injunction (Filing No. 113) is therefore **DENIED AS MOOT**. **IT IS SO ORDERED** this 29th day of August 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.